UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

'18 - CV - 01561

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 JUN 21  PM 12: 46

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

ROSE ADANMA DUR

2323 CURTIS STREET

DENVER  COLORADO 80205

VS

ALL NAMED DEFENDANTS

SEE NEXT PAGE

UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF COLORADO.
LIST OF DEFENDANTS:
AND ADDRESSES.

① ATTORNEY - JANA S. BAKER;
ATTORNEY - HEIDI H. HARRISON;
OGLETREE, DEAKINS, NASH, SMOAK,
AND STEWART, P.C.;
8117 PRESTON ROAD, SUITE 500,
DALLAS, TEXAS 75225

② KAISER PERMANENTE GEORGIA;
KAISER FOUNDATION HEALTH PLAN INC.;
CRAIG FAERBER
KERRY KOHNEN - PRESIDENT | CEO KPGA;
DR ROBERT SCHREINER - EXECUTIVE
MEDICAL DIRECTOR - KPGA | TSPMG;
3495 PIEDMONT ROAD, BUILDING 9,
ATLANTA, GEORGIA 30305.

③ HEALTHONE | PRESBYTERIAN ST. LUKES
MEDICAL CENTER - DENVER COLORADO;
HCA - HEALTH CORPORATION OF AMERICA -
NASHVILLE, TN.;
PATTY BOYD - DIRECTOR CM | SW; MARK MERRIL;
ONE PARK PLAZA,
NASHVILLE, TN 37205.

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF DEFENDANTS CONT:

4) SAINT JOSEPH'S HOSPITAL OF ATLANTA
GEORGIA; SAINT JOSEPH'S H.R. DEPT.
ERIC BRENNEN OF ST. JOSEPH'S
HOSPITAL OF ATLANTA GEORGIA;
5665 PEACHTREE-DUNWOODY ROAD,
ATLANTA GEORGIA 30342.

5) STATE OF GEORGIA GOVERNMENT;
STATE OF GEORGIA DEPT. OF LABOR;
STATE OF GEORGIA BOARD OF NURSING;
44 CAPITOL SQUARE, SW,
ATLANTA, GEORGIA 30334.

6) NORTHSIDE HOSPITAL OF ATLANTA GEORGIA;
NORTHSIDE HOSPITAL ADMINISTRATION—
CEO/PRESIDENT, CFO, COO—CHIEF OPERATING
OFFICER, EXECUTIVE MEDICAL DIRECTOR;
SANDRA W
DR ROBERT "ROB" SCHREINER—"MEC";
NORTHSIDE HOSPITAL ADMINISTRATION
1000 JOHNSON FERRY ROAD,
ATLANTA, GEORGIA 30342.

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF DEFENDANTS CONT.

⑦ COBB COUNTY GEORGIA GOVERNMENT;
COBB COUNTY POLICE DEPARTMENT;
COBB WORKS WORKFORCE;
100 CHEROKEE STREET, NE,
MARIETTA, GEORGIA 30090.

⑧ U P S - COBB PARKWAY LOCATION;
4335 COBB PARKWAY, STE. J,
ATLANTA, GEORGIA 30339.

⑨ ① KAISER PERMANENTE COLORADO;
⑩ ② KAISER PERMANENTE MID-ATLANTIC STATES;
③ KAISER PERMANENTE NORTH CAROLINA;
④ KAISER PERMANENTE GEORGIA;
⑤ TSPMG - THE SOUTHEAST PERMANENTE MEDICAL
GROUP; ⑥ THE PERMANENTE FEDERATION, LLC;
⑦ KAISER PERMANENTE SOUTHERN CALIFORNIA;
⑧ KAISER FOUNDATION HEALTH PLAN OF GEORGIA
INC.; ⑨ KAISER FAMILY FOUNDATION;
⑩ KAISER PERMANENTE NORTHERN CALIFORNIA;
⑪ KAISER FOUNDATION HOSPITALS AND HEALTH PLAN;
⑫ KAISER PERMANENTE VENTURE INVESTMENTS;
3495 PIEDMONT ROAD, BUILDING 9,
ATLANTA, GEORGIA 30305.

<u>UNITED STATES DISTRICT COURT.</u>

<u>FOR THE DISTRICT OF COLORADO</u>

LIST OF DEFENDANTS CONT.

(11) ① DR ROBERT "ROB" SCHREINER - KPGA;

② KERRY KOHNEN - CEO KPGA;

③ HENRIETTA KING - EXECUTIVE - TSPMG;

④ DR MARTHA WILBUR - KPGA;

⑤ DR CHRISTOPHER IVERSON - KPGA;

⑥ DR EDICTOR - KPGA;

⑦ DR ANNE PENROSE - KPGA;

⑧ CAROL MILLER - DIRECTOR CM/DEPT. - KPGA;
   3495 PIEDMONT ROAD, BUILDING 9,
   ATLANTA, GEORGIA 30305.

(12) ① BERNARD J. TYSON - PRESIDENT - KP;

② GEOFFREY S. SEWELL - MD - EXECUTIVE - KP;

③ GREGORY A. ADAMS - EXECUTIVE - KP;

④ BENJAMIN K. CHU - EXECUTIVE - KP;

⑤ RICHARD (DICK) D. DANIELS - EXECUTIVE - KP;

⑥ KATHY LANCASTER - EXECUTIVE - KP;

⑦ DONNA LYNNE, DrPH - EXECUTIVE - KP;

⑧ PATRICK T. COURNEYA, MD - EXECUTIVE - KP;

⑨ ARTHUR M. SOUTHAM, MD - EXECUTIVE - KP;

⑩ ANTHONY A. BARRUETA - EXECUTIVE - KP;

⑪ RAYMOND J. BAXTER, PHD - EXECUTIVE - KP;

⑫ CHUCK COLUMBUS - EXECUTIVE - KP;

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO.

LIST OF DEFENDANTS CONT.

(13)   CHRIS GRANT - EXECUTIVE - KP;

(14)   SCOTT YOUNG - MD, EXECUTIVE - KP;

(15)   MARK S. ZEMELMAN - EXECUTIVE - KP;

(16)   MR KIM KAISER - KAISER FAMILY FOUNDATION;

(17)   HENRY J. KAISER - KAISER FAMILY FOUNDATION;
       3495 PIEDMONT ROAD, BUILDING 9,
       ATLANTA, GEORGIA 30305.


(13)  ① HURON CONSULTING GROUP│HEALTHCARE
         HOUSTON, TEXAS;
      ② DR ROBERT SCHREINER - HURON CONSULTING
         GROUP│HEALTHCARE, HOUSTON TEXAS;
      ③ HURON CONSULTING GROUP│HEALTHCARE
         DALLAS, TEXAS;
      ④ DR ROBERT SCHREINER - HURON
         CONSULTING GROUP│HEALTHCARE - DALLAS, TEXAS;
      2929 ALLEN PARKWAY, 27TH FLOOR,
      HOUSTON, TEXAS 77019.
                   AND
      500 NORTH AKARD STREET, SUITE 1900
      DALLAS, TEXAS 75201.

                   V

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF DEFENDANTS CONT.

(14) ① DR ROBERT "ROB" SCHREINER - KAISER PERMANENTE GEORGIA, AND HURON CONSULTING GROUP | HEALTHCARE;

② MRS ROBERT SCHREINER - SPOUSE | WIFE - DR ROBERT SCHREINER;

③ MRS SCHREINER - DR ROBERT SCHREINER'S MOTHER;

　　3495 PIEDMONT ROAD, BUILDING 9, ATLANTA, GEORGIA 30305.

　　AND

500 NORTH AKARD STREET, SUITE 1940, DALLAS TEXAS 75201.


PLAINTIFF RESPECTFULLY ASKS THE COURT TO COMPEL ALL DEFENDANTS TO APPEAR FOR A JURY TRIAL. PLAINTIFF PLANS, AND WILL MOVE FOR JUDGMENT BY DEFAULT IF ANY OF THE DEFENDANTS FAIL TO DEFEND THIS CIVIL SUIT.


DATE : JUNE 21, 2018.

SIGNATURE : ROPO DURU - PRO SE;

VI

① UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:                                    SEE EXHIBIT: JH

    ① LAW FIRM OF OGLETREE, DEAKINS,
NASH, SMOAK, & STEWART, P.C. - DALLAS TX;
    ② ATTORNEY - JANA S. BAKER;
    ③ ATTORNEY - HEIDI A. HARRISON;

COMPLAINT:

① OBSTRUCTION OF JUSTICE WITH MALICE;
② PERJURY; DECEPTION; FRAUD;
③ CONSPIRACY TO COMMIT PERJURY;
④ SUPPORTED, AND FACILITATED PERJURY;
⑤ GROSS PROFESSIONAL NEGLIGENCE;
⑥ PROFESSIONAL MISCONDUCT;
⑦ CRIMINAL CONSPIRACY - CORRUPTION;
⑧ FACILITATED, AIDED, ENABLED, COLLUDED
IN TERRORISTIC ACTS - SEXUAL ASSAULTS,
INTIMIDATION, ATTEMPTED MURDER -
ACCESSORY AFTER THE FACT - ETC;
⑨ DEPRAVE INDIFFERENCE;
⑩ RECKLACE ENDANGERMENT;
⑪ LACK OF INTEGRITY, AND CHARACTER;
⑫ BREACH OF PROFESSION ETHICS;
⑬ BREACH OF DUTY;
⑭ REPRESENTATION BY DECEPTION;
⑮ CORRUPT ENTERPRISE
⑯ CIVIL RIGHTS VIOLATION
⑰ ASSULT|LIBEL - FORCED HOMELESSNESS;

# UNITED STATES DISTRICT COURT.

## FOR THE DISTRICT OF COLORADO

COMPLAINT CONT. (18) * ATTEMPTED MURDER * THESE CORRUPT ATTORNEYS, KNOWINGLY, INTENTIONALLY, DELIBERATELY, AND MALICIOUSLY FILED FALSE DECLARATIONS UNDER THE PENALTY OF PERJURY ON BEHALF OF THE DEFENDANTS— KAISER PERMANENTE GEORGIA; KAISER FOUNDATION HEALTH PLAN; KERRY KOANEN; AND DR. ROBERT SCHREINER. KAISER PERMANENTE GEORGIA IS A LEGAL, EXISTENT ENTITY SUBJECT TO CIVIL SUIT. KAISER PERMANENTE GEORGIA IS ONE OF THE HEALTH INSURANCE PROVIDER TO THE JUSTICE DEPARTMENT EMPLOYEES IN GEORGIA. KERRY KOANEN WAS THE CEO/PRESIDENT OF KAISER PERMANENTE GEORGIA FROM 2011 TILL PLAINTIFF'S TERMINATION IN APRIL 2012; AND DR. ROBERT SCHREINER WAS THE EXECUTIVE MEDICAL DIRECTOR FOR KAISER PERMANENTE GEORGIA TILL PLAINTIFF'S TERMINATION IN APRIL 2012. PERJURY IS A VERY SERIOUS CRIMINAL OFFENSE: DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD THE PLAINTIFF $800 MILLION IN DAMAGES AGAINST EACH DEFENDANT FOR A COLLECTIVE TOTAL OF $2.4 BILLION FOR CONSPIRACY, AND SUBORNATION OF PERJURY.

*EXHIBIT - JH.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU                          §
                                          §
        Plaintiff,                        §
                                          §
v.                                        §         CIVIL ACTION NO. 3:14-cv-3636-L
                                          §
DR. ROBERT SCHEINER, KERRY                §
KOHNEN –PRESIDENT, and KAISER             §
PERMANENTE GEORGIA                        §
                                          §
        Defendants.                       §

**APPENDIX TO DEFENDANTS DR. ROBERT SCHREINER, KERRY KOHNEN, AND
"KAISER PERMANENTE GEORGIA"'s MOTION TO DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO RULE 12(b)(2), (4)-(6) AND BRIEF IN SUPPORT**

Defendants, Dr. Robert Schreiner, Kerry Kohnen and "Kaiser Permanente Georgia" file

this Appendix to their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(2), (4)-(6)

and Brief in Support, as follows:

| Exhibit | Document | App. |
|---------|----------|------|
| A | Declaration of Craig Faerber | 1-6 |
| B | Declaration of Kerry Kohnen | 7-13 |
| C | Declaration of Robert Schreiner | 14-19 |



Respectfully submitted,

/s/ Jana S. Baker
Jana S. Baker
Texas Bar No. 00794610
jana.baker@ogletreedeakins.com
Heidi H. Harrison
Texas Bar No. 24074370
heidi.harrison@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing and sent a true and correct copy via certified mail, return receipt requested, to:

Rose A. Duru
Plaintiff
1822 Young Street
Dallas, TX  75201

/s/ Jana S. Baker
Jana S. Baker

19866297.1



② UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① CRAIG FAERBER - CEO OF KAISER FOUNDATION HEALTH PLAN OF GEORGIA INC.;

② KERRY KOHNEN - PRESIDENT/CEO OF KAISER PERMANENTE GEORGIA;

③ DR ROBERT "ROB" SCHREINER - THE EXECUTIVE MEDICAL DIRECTOR, FOR DOCTORS, HOSPITALS, AND SPECIALTY CARE FACILITIES FOR KAISER PERMANENTE GEORGIA, FOR THE ENTIRE STATE OF GEORGIA:

COMPLAINT/CLAIM:

① PERJURY; ② CONSPIRACY TO COMMIT PERJURY; ③ GROSS DECEPTION;

④ CONSPIRACY TO EVADE PROSECUTION;

⑤ CONSPIRACY TO HINDER PROSECUTION;

⑥ CRIMINAL CONSPIRACY;

⑦ OBSTRUCTION OF JUSTICE;

⑧ CONSPIRACY TO COMMIT FRAUD;

⑨ FALSE CLAIM; ⑩ ASSULT, LIBEL, AND SLANDER; ⑪ DEPRAVE INDIFFERENCE;

⑫ RECKLACE ENDANGERMENT;

⑬ FINANCIAL RUIN - DEFAMATION, AND FORCED HOMELESSNESS;

⑭ INCITING PUBLIC VIOLENCE;

⑮ CONSPIRACY WITH THE JUSTICE DEPT.;

I

## UNITED STATES DISTRICT COURT.

## FOR THE    DISTRICT OF COLORADO

## COMPLAINT/CLAIM CONT:

THESE CORRUPT, "DEMONIC", OBSESSIVE, AND UN-SEEN INDIVIDUALS COLLUDED, AND CONSPIRED WITH THEIR CORRUPT ATTORNEYS, AND THE BARAK OBAMA DEPARTMENT OF JUSTICE TO EVADE, HINDER, AND TO OBSTRUCT JUSTICE. KAISER PERMANENTE GEORGIA INFORMED ALL EMPLOYEES THAT BARAK OBAMA'S MOTHER HAD KAISER PERMANENTE HEALTH INSURANCE-2011. THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS IN DALLAS COUNTY, AND TARRANT COUNTY INTENTIONALLY, AND DELIBERATELY AIDED THESE DEFENDANTS IN BRUTAL ATTACKS- PHYSICALLY-SEXUAL ASSULT/RAPE, AND EMOTIONALLY, AND PSYCHOLOGICALLY. PLAINTIFF ASKS THE COURT TO COMPEL THESE DEFENDANTS TO APPEAR FOR A JURY TRIAL.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $800 MILLION IN DAMAGES AGAINST EACH NAMED DEFENDANT FOR PURE EVIL, HATE, DECEPTION, AND FOR PERJURY.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

EXHIBIT-JH: DOCUMENTS OF FALSE DECLARATION PERJURY SUBMITTED TO THE COURT BY ATTORNEYS- JANA S. BAKER, AND HEIDI H. HARISSON.

EXHIBITS-A & A-1:
EXHIBIT-A: FALSE DECLARATION OF CRAIG FAERBER ON BEHALF OF KAISER PERMANENTE GEORGIA, AND KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC;
EXHIBIT-A-1: DOCUMENTS PROVING PERJURY, LIES, AND DECEPTION.

EXHIBIT-B: FALSE DECLARATION OF KERRY KOHNEN-PRESIDENT/CEO OF KPGA.
EXHIBIT-B-1: DOCUMENT PROVING PERJURY, LIES, DECEPTION-

EXHIBIT-C: FALSE DECLARATION OF DR ROB SCHREINER-EXECUTIVE MEDICAL DIRECTOR-KPGA:
EXHIBIT-C-1: DOCUMENT PROVING PERJURY/LIES:

EXHIBIT-D: DOCUMENT SHOWING KAISER PERMANENTE GEORGIA CORPORATE OFFICE ADDRESS:

III



EXHIBIT-A:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU                        §
                                        §
          Plaintiff,                    §
                                        §
v.                                      §
                                        §          CIVIL ACTION NO. 3:14-cv-3636-L
DR. ROBERT SCHEINER, KERRY              §
KOHNEN –PRESIDENT, and KAISER           §
PERMANENTE GEORGIA                      §
                                        §
          Defendants.                   §

### DECLARATION OF CRAIG FAERBER

1.     My name is Craig Faerber.  I am over 18 years of age, of sound mind, and
otherwise competent to make this Declaration.  The statements contained herein are true and are
based on my own personal knowledge.

2.     I am the Chief Financial Officer of Kaiser Foundation Health Plan of Georgia,
Inc., which has an office located at 3495 Piedmont Road, Atlanta Georgia – the same address
Plaintiff Rose Adanma Duru attempted to serve a lawsuit against "Kaiser Permanente Georgia."
As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified
mail addressed to "Kaiser Permanente Georgia" at 3495 Piedmont Road, Atlanta, Georgia,
30305.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3.     "Kaiser Permanente Georgia" is a not a legal entity.  Consequently, such a non-
existent entity does not own property, operate a business, pay taxes, maintain a bank account,
have employees, or have any other contacts in Texas (or any other state); "Kaiser Permanente
Georgia" also does not have any registered agents.

DECLARATION OF CRAIG FAERBER



EXHIBIT
A

Page 1

App. 1

4.    Notably, although Ms. Duru's allegations are vague, it is my understanding that she attempts to bring employment-based claims.  Kaiser Foundation Health Plan of Georgia, Inc. has never employed Ms. Duru.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Craig Faerber

*12/23/14*
_____
Date

19863370.1

DECLARATION OF CRAIG FAERBER

Page 2

App. 2

### ☸ KAISER PERMANENTE®

April 14, 2008

Rose Duru
1500 Terrill Mill Road
Apt. 5-C
Marietta, Georgia 30067

EXHIBIT A-1

Dear Rose:

The Southeast Permanente Medical Group, Inc. is very pleased that you are interested in joining our team. This letter is our offer of employment for the position of **Onsite Inpatient Care Coordinator** located at **Northside Hospital** effective **April 21, 2008**. This position is full time with an annualized base salary of **$63,454.63**. There is a three month probationary period beginning on your first day of employment. Your immediate supervisor is **Evelyn Hines-Forbes, Supervisor, Onsite Inpatient Care Coordinators**.

The Southeast Permanente Medical Group, Inc. is committed to providing a safe and productive working environment. Therefore, if you accept this offer of employment, you will be required to complete a drug screen and a blood work screen (demonstrate standard immunizations) within 36 hours of receipt of this written offer. Instructions on completing these are included in this packet. In addition, employees in the Kaiser organization are required to have an annual tuberculosis skin test.

You are eligible to participate in our benefits program starting on your first day of employment. Information concerning benefits and other employee information will be reviewed with you during our Comprehensive Employee Orientation Program. You are scheduled to attend orientation on **Monday, April 21, 2008 at 9:30am, 3495 Piedmont Road, Piedmont Center, Building Eleven, 6th Floor, Conference Room B (The Learning Room).**

You are also eligible to receive a **$5,000.00** stipend subject to the terms of the attached agreement. If the terms of this offer are acceptable, please sign this offer letter and the attached Bonus Payment Agreement letter and return them to the office of Professional Recruitment in the enclosed DHL envelope and retain copies for your files. Please complete enclosed employment forms and bring them with you to Orientation. In addition, information regarding your identity and employment eligibility must be provided and copied within the first 3 days of employment. If you are a Registered Nurse or Licensed Clinical Social Worker, a copy of your license must also be provided.

If you have any questions regarding the employment offer, please contact me at 404-364-7178.

Rhunette Pledger   4/14/08              Rose Duru   4/14/08
_____   _____          _____   _____
Rhunette Pledger           Date            Rose Duru                  Date
Professional Recruiter

Kaiser Foundation Health Plan of Georgia requires background, credit, drug, and reference information on all new hires; therefore, this offer is contingent upon successful completion of these processes. It is also contingent upon your ability to provide appropriate identification pursuant to the requirements of the Federal Immigration Reform & Control Act. If this employment offer is accepted it will create an at-will employment relationship, which may be ended by either party, at any time, and for any reason. All terms of employment with Kaiser Foundation Health Plan of Georgia are governed by the Human Resources Policies and Procedures and may be subject to change at the discretion of Kaiser Permanente.

Kaiser Foundation Health Plan of Georgia, Inc.
Nine Piedmont Center • 3495 Piedmont Road, N.E. • Atlanta, Georgia 30305-1736 • (404) 364-7000

EXHIBIT: A-1



**State of Georgia**
**Department of Labor**

## SEPARATION NOTICE

1. Employee's Name _Rose Duru, RN_    2. SSN _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_

   a. State any other name(s) under which employee worked.

3. Period of Last Employment: From _7/4/08_ FALSE To _5/4/12_ FALSE
   DATE  CLAIM        DATE  CLAIM

4. REASON FOR SEPARATION:

   a. LACK OF WORK ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: _Voluntary - personal_

   _____

   _____

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)

   _____ in the amount of $ _____ for period from _____ to _____
   (type of payment)

   Date above payment(s) was/will be issued to employee _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
   _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ? YES ☑ NO ☐ If NO, how much? $ _____

   Average Weekly Wage

Employer's Name _TSPMG_

Address _3495 Piedmont Road NE_
         (Street or RFD)

City _Atlanta_ State _GA_ _30305_
                              ZIP Code

Employer's Telephone No. _404 279 4676_
          (Area Code)    (Number)

Ga. D. O. L. Account Number _58-1635081_
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_____
Signature of Official, Employee of the Employer
or authorized agent for the employer

_Leave of Absence Specialist_
Title of Person Signing

_5/4/12_
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR CAREER CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/05)

EXHIBIT—A-1.





EXHIBIT: MERIT-2010.

**Performance Review Merit Increase**
**2010**

| Rose Duru | 29755 | 04/21/2008 | Onsite IPCC | 3 | 64,875.20 | 3.5% | 2,270.63 | 67,145.83 |

This information is subject to Kaisers Confidentiality Policy and Agreement that is signed annually by each employee. Please review the attached policy and sign to acknowledge receipt and understanding of this information.

Rose Duru X _Rose Duru Rn_ Date _11/30/10_

**Performance Review Merit Increase**

| Rose Duru | 29755 | 04/21/2008 | 3=ME | $ 67,142.40 | 2.3% | $ 1,510.70 | $68,653.10 |
|-----------|-------|------------|------|-------------|------|------------|------------|

EXHIBIT: MERT-2011

kaiser permanente georgia regional office -

Google    kaiser permanente georgia regional office            [Sign in]

Web     Maps     News     Shopping     Videos     More ▼     Search tools

About 38 100 results (0.71 seconds.

**Kaiser Permanente**
https://www.kaiserpermanente.org/ ▼ Kaiser Permanente ▼
Oct 1 2013 - Kaiser Permanente offers comprehensive affordable health coverage
plans for individual & family medicare employers and large group

> 3495 Piedmont Rd NE, Atlanta, GA 30305
> (404) 364-7000
> Sign on - My Health Manager

**Location Details for Georgia Regional Administrative Offices ...**
www.kaiserpermanentejobs.org/location-details.aspx?id=61 ▼
Georgia Regional Administrative Offices Nine Piedmont Center 3495   the business
of health  Kaiser Permanente Georgias regional offices are located in the

**Members Services Contact Information | Kaiser Permanente**
https://medicare.kaiserpermanente.org/.../membersservi... ▼ Kaiser Permanente ▼
Kaiser Permanente regional addresses and phone numbers   Georgia Kaiser
Foundation Health Plan of Georgia, Inc 9 Piedmont Center 3495 Piedmont Road

**Kaiser Permanente Regional Office - Foursquare**
foursquare.com › Professional & Other Places › Medical Center ▼ Foursquare ▼
See 9 tips from 174 visitors to Kaiser Permanente Regional Office "At KP everyone
s   3495 Piedmont Rd NE (Piedmont Rd., Atlanta GA 30305 United States

**Kaiser Permanente Georgia Regional Office Phone Number ...**
allcustomercarenumbers.com/.../Kaiser-Permanente-Georgia-Regional-Of ▼
Kaiser Permanente Georgia Regional Office Customer Care Number  Customer
Service Phone Number with Office Address Email Address and Website

**Kaiser Permanente in Atlanta, Georgia with Reviews ...**
www.yellowpages.com › Atlanta, GA ▼ Yellowpages.com ▼
Results 1 - 30 of 98 - Find 98 listings related to Kaiser Permanente in Atlanta on
YP.com See reviews photos   3495 Piedmont Rd NE Bldg 9Atlanta GA 30305
404 266-   Kaiser Permanente Peachtree Center Medical Office 225
Peachtree

**Kaiser Permanente Locations in Atlanta, GA - Insider Pages**
www.insiderpages.com › Location Finder › Kaiser Permanente ▼
Chain Store Locator - Kaiser Permanente Locations in Atlanta GA

**Regional Office 10 Piedmont 10 Piedmont Center Jobs in ...**
www.simplyhired.com/k-regional-office-10-piedmont-10-piedmont-cent... ▼
Georgia-Atlanta-Regional Office - 10 Piedmont 10 Piedmont Center Scheduled
Hours   23 days ago from Kaiser Permanente Save - Share - Hide - Report -

**Kaiser Permanente cuts middle-management in Georgia ...**
www.bizjournals.com/.../kaiser-permanent... ▼ South Florida Business Journal
Sep 18 2014 - The cuts primarily include administrative and mid-level manager
positions at Kaiser's Buckhead-based regional office

**Kaiser Permanente Georgia Regional Office 1 800 ...**
addresscustomerservicecentercenter.com/1800-Customer-Service-Conta... ▼
Get the complete contact detail of the Kaiser Permanente Georgia Regional Office
customer service toll free contact number with its support email id. address

Searches related to kaiser permanente georgia regional office
kaiser permanente georgia regional office **address**
kaiser permanente georgia regional office **phone number**
kaiser permanente georgia regional office **location**
kaiser permanente georgia **member services**
kaiser permanente georgia **reviews**
kaiser permanente georgia **claims address**
kaiser permanente georgia **provider services**
kaiser permanente georgia **grants**

EXHIBIT: A-1.



**Kaiser Permanente**          Directio
**Administrative Regional Office**
Corporate Office
**Address:** 3495 Piedmont Rd NE, Atlanta, GA 30305
**Phone:** (404) 364-7000
**Hours:** Open today  7:00 am – 6:30 pm ▼

Reviews                                    Write a revi
Be the first to review

People also search for                    View 1 - 9

garwood Ave
PC                  10th &
Managemen          Piedmont
Company

Feed

PLAINTIFF MAILED THE
SUMMONS/COMPLAINT
TO THE RIGHT ADDRESS -
3495 PIEDMONT ROAD,
ATLANTA, GA 30305,
THE BUILDING IS NOT
A COMMERCIAL OFFICE
SPACE. IT IS THE
ADDRESS OF KPGA
CORPORATE BUILDING.
PERJURY IS A SERIOUS
CRIMINAL OFFENSE!!!

10/21/2015

kaiser permanente georgia

EXHIBIT: A-1

 **Google**    kaiser permanente georgia     [ Sign in ]

**Web**   News   Maps   Shopping   Images   More ▾   Search tools

About 724,000 results (0.42 seconds)

Kaiser Permanente®
Ad kp.**kaiserpermanente**.org/ ▾
Quality Care, Affordable Plans & Choice Of Doctors. Get Started Now!
Has Begun · Medicare Open Enrollment · Members Sign In at KP.org
Also Highest Ranked Member Satisfaction, Mid Atlantic. – J.D. Power

**KP Members**
Log In To My Health Manager, Shop
Health Plans, Schedule Appts & More

**Medicare Health Plans**
Medicare Open Enrollment Has Begun.
Visit KP® To Enroll Online!

**Individual & Family Plans**
Don't Go Without Health Coverage!
View Our Plans & Get a Fast Quote.

**Business Health Coverage**
Manage Costs With Better Care.
Partner with Kaiser Permanente®.

Ads

**Kaiser Permanente**
kaiser.individualhealthquotes.com/ ▾
(855) 414-6179
Get Kaiser Health Insurance Quotes.
Compare Plans & View Kaiser Rates!

**Kaiser Permanente GA**
www.smarter.com/**Kaiser+Permanente+GA** ▾
**Kaiser Permanente GA**
Browse & Discover Useful Results!

**Kaiser Permanente Georgia**
kaiser-permanente.findsmarter.com/ ▾
Find **Kaiser Permanente** Fast:
Get Results from Multiple Engines!

**Kaiser permanente**
www.kidswishnetwork.org/ ▾
Kids Wish Network Celebrates
The Hero of The Month Karrena

See your ad here »



Map data ©2015 Google

**A**    Dr. Sylveria O. Olatidoye, MD
Family Practice Physician
1125 Town Center Village Dr · (678) 603-6579     Website    Directions

**B**    Kaiser Permanente: Akif Mustafa M MD
Doctor
2400 Mt Zion Pkwy · (770) 603-3649     Website    Directions

**C**    Kaiser Permanente Administrative Region...
Corporate Office
3495 Piedmont Rd NE · (404) 364-7000     Website    Directions
Open until 6:00 pm

⊞ More kaiser permanente

**Georgia Health Care Plans | Kaiser Permanente**
https://thrive.**kaiserpermanente**.org/care-near-**georgia** ▾ Kaiser Permanente ▾
**Kaiser Permanente** continues to provide **Georgia** with quality health care services
and health care coverage. Learn more about **Kaiser Permanente** in **Georgia**.
Locate a Facility · Urgent Care · Find a Doctor

**Hospitals in Georgia | Kaiser Permanente**
https://thrive.**kaiserpermanente**.org/...**georgia**/locate-a-... ▾ Kaiser Permanente ▾
**Kaiser Permanente Georgia** is all about providing you with access to care you need,
when you need it. Find a Kaiser Permanente hospital in Georgia today.

**Find Georgia Doctors | Kaiser Permanente**
https://thrive.**kaiserpermanente**.org/...**georgia**/find-a-d... ▾ Kaiser Permanente ▾
**Kaiser Permanente** doctors in **Georgia** are highly trained and dedicated to the work
they do. Find a **Kaiser Permanente Georgia** Physician today.

**Kaiser Permanente**
https://www.**kaiserpermanente**.org/ ▾ Kaiser Permanente ▾

EXHIBIT-B:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU                              §
                                             §
              Plaintiff,                      §
                                             §
v.                                           §
                                             §          CIVIL ACTION NO. 3:14-cv-3636-L
DR. ROBERT SCHEINER, KERRY                   §
KOHNEN –PRESIDENT, and KAISER                §
PERMANENTE GEORGIA                           §
                                             §
              Defendants.                     §

## DECLARATION OF KERRY KOHNEN

1.      My name is Kerry Kohnen. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements contained herein are true and are based on my own personal knowledge.

2.      I am aware Plaintiff Rose Adanma Duru has filed a lawsuit against me. As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified mail addressed to me at 3495 Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3.      Although I currently reside in Atlanta Georgia, I do not live – nor have I ever lived – at 3495 Piedmont Road, Atlanta Georgia, 30305; that building is commercial office space.

4.      I understand that Ms. Duru filed her lawsuit in the Northern District of Texas located in Dallas, Texas.

        a.      I have never lived in Texas nor do I own or lease any property in Texas.

DECLARATION OF KERRY KOHNEN



EXHIBIT
B

Page 1

App. 7

b.     I do not operate a business in Texas. Indeed, I am not an employer, have no employees in Texas (or anywhere else), and have never employed Ms. Duru in or outside of Texas.

c.     I do not pay taxes in Texas.

d.     I do not maintain a bank account in Texas.

e.     I do not have a telephone listing in Texas.

f.     I have visited Texas only once in the last several years, and this particular trip was for a reason completely unrelated to Ms. Duru or her lawsuit, as I currently understand her vague claims.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kerry Kohnen

December 23, 2014
_____
Date

DECLARATION OF KERRY KOHNEN

Page 2

App. 8

Google+ **Search** Images Maps Play YouTube News Gmail More

Sign in

kerry kohnen kaiser permanente georgia

Web    Images    Videos    News    Shopping    Maps    Books

Page 2 of about 2,730 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

### Kaiser Permanente®
Ad  kp.**kaiserpermanente**.org/ ▾
Quality Care. Affordable Plans & Choice Of Doctors. Get Started Now!
Medicare Open Enrollment. Has Begun. Members Sign In at KP.org
Also Highest Ranked Member Satisfaction, Mid Atlantic. – J.D. Power

KP Members                          Medicare Health Plans
Individual & Family Plans           Business Health Coverage

### Executive Medical Director, Kaiser Permanente of Georgia
www.hip.emory.edu/resources/faculty/schreiner_robert.html ▾
Executive Medical Director. **Kaiser Permanente** of **Georgia** ... **Kaiser Permanente** of **Georgia**
(KPGA) in collaboration with his business partner Mr. **Kerry Kohnen**.

### Kaiser Permanente names Julie Miller-Phipps president of Georgia ...
www.modernhealthcare.com/article/20141030/NEWS/310309930 ▾
Oct 30, 2014 ... Miller-Phipps, 57, replaces **Kerry Kohnen**, who is retiring after about 40 ...
**Georgia** branch is also aligned with **Kaiser's** Southeast **Permanente** ...

### Kerry Kohnen (@KerryKohnen) | Twitter
https://twitter.com/kerrykohnen ▾
The latest Tweets from **Kerry Kohnen** (@KerryKohnen). President of **Kaiser Permanente** of
**Georgia** - responsible for the operations of the state's largest nonprofit ...

### Kaiser names president of Ga. health plan | Georgia Health News
www.georgiahealthnews.com/.../kaiser-names-president-georgia-health-plan/ ▾
May 25, 2011 ... **Kaiser Permanente** announced Wednesday that **Kerry Kohnen** has been
named president of the organization's **Georgia** health plan. **Kohnen** ...

### Kaiser Permanente Georgia President Kerry Kohnen and ... - Pinterest
https://www.pinterest.com/pin/254242341436185316/ ▾
**Kaiser Permanente Georgia** President **Kerry Kohnen** and Cardiologist Ali Rahimi, M.D.
appeared on 11Alive's Atlanta & Company to discuss heart health.

### Kaiser Permanente of Georgia leads in patient satisfaction | M.D.'s ...
mdswhocare.com/kaiser-permanente-of-georgia-leads-in-patient-satisfaction/ ▾
Apr 15, 2013 ... The region includes **Georgia**, North Carolina and South Carolina; ... said **Kerry**
W. **Kohnen**, president of **Kaiser Permanente** of **Georgia**.

### Kaiser Permanente of Georgia - Healthcare BizDev
www.hcbd.biz/newsite/compdetail.aspx?id=35812 ▾
**Kaiser Permanente** of **Georgia** | Kaiser Foundation Health Plan of **Georgia** ... **Kerry Kohnen**
Promoted to President of **Kaiser Permanente** of **Georgia**. Edgewalk

### Kerry Kohnen Named CEO of Kaiser Permanente Georgia
www.beckershospitalreview.com/.../kerry-kohnen-named-ceo-of-kaiser-
permanente-georgia.html ▾
May 26, 2011 ... based **Kaiser Permanente** has named **Kerry Kohnen** president of **Kaiser**
**Permanente Georgia** effective immediately, according to a hospital ...

EXHIBIT-B-10

### 15-325 - Duru v. Kaiser Permanente Georgia et al
www.gpo.gov/fdsys/...txnd.../USCOURTS-txnd-3_15-cv-00325-1 ▾
Mar 25, 2015 ... **Kaiser Permanente Georgia**, Defendant **Kerry Kohnen**, Defendant Carol
Miller, Defendant Robert Schreiner, Defendant Rose Adanma Duru ...

### Kaiser Permanente opening medical office in Athens | Online Athens
onlineathens.com/stories/092111/bre_888566778.shtml ▾
Sep 21, 2011 ... Health management company **Kaiser Permanente** of **Georgia** plans to ...
**Kaiser Permanente** of **Georgia** President **Kerry Kohnen**, in the news ...

### Kaiser Permanente Plans
Ad  www.planprescriber.com/KP-Medicare ▾
Compare Medicare Plans Online Free! Research & Save Time Today
Licensed Agents  Open Enrollment Thru 12/7
Find Medicare Plans - Medicare Supplement - Medicare Advantage Plans

### Kaiser permanente
Ad  www.kidswishnetwork.org/ ▾
Kids Wish Network Celebrates The Hero of The Month Karrena

EXHIBIT-C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU                       §
                                       §
        Plaintiff,                     §
                                       §
v.                                     §
                                       §        CIVIL ACTION NO. 3:14-cv-3636-L
DR. ROBERT SCHEINER, KERRY             §
KOHNEN –PRESIDENT, and KAISER          §
PERMANENTE GEORGIA                     §
                                       §
        Defendants.                    §

## DECLARATION OF ROBERT SCHREINER

1.      My name is Dr. Robert Schreiner, M.D. I am over 18 years of age, of sound

mind, and otherwise competent to make this Declaration. The statements contained herein are

true and are based on my own personal knowledge.

2.      Although my name appears incorrectly in the cause style of the case, I am aware

Plaintiff Rose Adanma Duru has filed a lawsuit against me. As indicated on the envelope, Ms.

Duru sent copies of the Summons and Complaint via certified mail addressed to me at 3495

Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and

Complaint is attached hereto as Exhibit 1.

3.      I do not live -- nor have I ever lived -- at 3495 Piedmont Road, Atlanta Georgia,

30305; that building is commercial office space. Instead, I reside in Dunwoody, Georgia.

4.      I understand that Ms. Duru filed her lawsuit in the Northern District of Texas

located in Dallas, Texas.

        a.      I have never lived in Texas nor do I own or lease any property in Texas.

DECLARATION OF ROBERT SCHREINER                                              Page 1

EXHIBIT
C

b. I do not operate a business in Texas. Indeed, I am not an employer, have

no employees in Texas (or anywhere else), and have never employed Ms.

Duru in or outside of Texas.

c. I do not pay taxes in Texas.

d. I do not maintain a bank account in Texas.

e. I do not have a telephone listing in Texas.

f. I have visited Texas only once in the last several years, and this particular

trip was for a reason completely unrelated to Ms. Duru or her lawsuit, as I

currently understand her vague claims.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Robert Schreiner, M.D.

23 Dec 2014
_____
Date

DECLARATION OF ROBERT SCHREINER

Page 2

App. 15

dr robert schreiner kaiser permanente georgia - Google Search

---

Google+ **Search** Images Maps Play YouTube News Gmail More                    Sign in

dr robert schreiner kaiser permanente georgia

Web    Images    Videos    News    Shopping    Maps    Books

About 6,870 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

**About Rob Schreiner, MD | Leadership in Health Care**
www.drrobschreiner.com/aboutrob/ ▾
Rob has 25 years of healthcare leadership experience, including 10 years as a ... Prior to joining Huron Healthcare, Rob served Kaiser Permanente Georgia ...

**Farewell, KP | Leadership in Health Care**
www.drrobschreiner.com/innovation/farewell-kp/ ▾
Home · About Dr. Schreiner · Health Care Quality · Medical Leadership · Environmental Awareness ... Posted on March 10, 2014 by Rob Schreiner. At the end of this month, following 20 years of service, I will leave Kaiser Permanente. ... My decision to leave has nothing to do with our business in the Georgia Region.

EXHIBIT-C-1.

**Executive Medical Director, Kaiser Permanente of Georgia**
www.hip.emory.edu/resources/faculty/schreiner_robert.html ▾
Kaiser Permanente of Georgia. Email: Rob.Schreiner@kp.org · Link to Profile ». Dr. Schreiner has served as the Executive Medical Director for The Southeast ...

**Dr. Rob Schreiner Says NO MORE - Kaiser Permanente**
share.kaiserpermanente.org/article/dr-rob-schreiner-says-no-more/ ▾
Dr. Rob Schreiner is the Executive Medical Director for The Southeast ... you today as a physician in Atlanta, as a leader of healthcare in Georgia, and as a ...

**Rob Schreiner, MD, FACP, FCCP | LinkedIn**
https://www.linkedin.com/pub/rob-schreiner-md-facp-fccp/13/5ab/244 ▾
Rating: 1 - 1 vote
Greater Atlanta Area - Managing Director at Huron Consulting Group
View Rob Schreiner, MD, FACP, FCCP's professional profile on LinkedIn. ... Waldrep, and the current Association President Dr. Perry-Gilkes, lead the largest county medical society in Georgia, current membership 1400. ... Kaiser Permanente

**Dr. Robert Schreiner, MD - Atlanta, GA - Critical Care Medicine ...**
www.healthgrades.com/physician/dr-robert-schreiner-36496 ▾
Rating: 1 - 1 vote
Visit Healthgrades for information on Dr. Robert Schreiner, MD. ... Permanente Glenlake. Kaiser Permanente Glenlake. 20 Glenlake Pkwy, Atlanta, GA 30328.

**Dr. Rob Schreiner Elected President of The Medical Association of ...**
tspmg.com/index.php/about/news-and.../147-schreinermaa2012 ▾
Kaiser Permanente of Georgia Heart Failure University ... Dr. Rob Schreiner, Executive Medical Director for The Southeast Permanente Medical Group, Elected ...

**The Southeast Permanente Medical Group, Inc.**
tspmg.com/ ▾
Founded in Atlanta in 1985, The Southeast Permanente Medical Group (TSPMG) is one of the largest multi-specialty medical groups in Georgia. ... Richard Ellin, MD · Earl Thurmond, MD · Robert Cohen, MD ... Kaiser Permanente members partner with their physician to make informed decisions and take the right steps to ...

**Schreiner joins Huron Consulting as managing director of healthcare**
www.modernhealthcare.com/article/20140407/NEWS/304079933 ▾
Apr 7, 2014 ... Dr. Rob Schreiner, formerly executive medical director for Kaiser Permanente Georgia, is joining Huron Consulting Group as managing director ...

**Dr. Rob Schreiner - Kaiser Permanente, EarthShare of Georgia 2013**
www.youtube.com/watch?v=hGZ5E5Ba1uY
Apr 19, 2013 - 3 min - Uploaded by Southeast Green - SEGreen Mobile
EarthShare of Georgia hosted it's annual Earth Day Leadership Breakfast on April 19th ...

**Kaiser Permanente Doctors**
Ad  kaiser-permanente.findsmarter.com/ ▾
Find Kaiser Permanente Fast: Get Results from Multiple Engines!

1 2 3 4 5 6 7 8 9 10    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy    Terms
About Google

*[handwritten notes:]*
PLAINTIFF LEFT THE STATE OF GEORGIA MARCH 1, 2014.
DR ROBERT SCHREINER BID KP FAREWELL MARCH 10, 2014.
DEADLY PURSUIT;
DEADLY OBSESSION;

EXHIBIT: C-1    Page 1 of 2



Leadership in Health Care
Reflections from Rob Schreiner, MD

- Home
- About Dr. Schreiner
- Health Care Quality
- Medical Leadership
- Environmental Awareness

EXHIBIT—MAD MAN

## About Rob Schreiner, MD

**Rob Schreiner, MD, FACP, FCCP**

Rob has 25 years of healthcare leadership experience, including 10 years as a Kaiser-Permanente executive. Rob's experience includes strategic problem solving, building integrated delivery systems, and creating a culture of excellence and infrastructure for continuous improvement.

**Professional experience**

Prior to joining Huron Healthcare, Rob served Kaiser Permanente Georgia (KPGA) for 20 years in a variety of roles, including Associate Medical Director for Hospital and Specialty Care, Chief Operating Officer, Executive Medical Director and Chair of the board of directors for KPGA's large multispecialty group. Most recently he held executive responsibility for the cost and quality of healthcare provided to 250,000 Kaiser Permanente members across four hospitals and 30 offices with 750 physicians, associate practitioners and staff and an annual operating budget of $1.3 billion.

Rob is the past president of the Medical Association of Atlanta (MAA), past secretary of the Medical Association of Georgia (MAG), and a long-time member of the Medical Executive Committee (MEC) of Northside Hospital in Atlanta.



— Rob Schreiner, MD

Representative examples of Rob's past leadership accomplishments include:

- Improved the institutional NCQA ranking from 80th to 21st in the US for commercial healthcare (out of 400 ranked plans), and 35th to 16th in the US for Medicare (2013).
- Achieved 5-star Medicare Advantage Plan rating (2013).
- Reduced the institutional medical cost trend from 6 to 9% per year to 1% per year, despite rising disease burden of members and a competitive healthcare marketplace.
- Received the J.D. Power and Associates award for best customer satisfaction in healthcare five out of six years in Georgia and both Carolinas.
- Achieved physician satisfaction scores greater than 85% across several dimensions year after year.
- Increased and maintained the institutional Net Promoter Score (NPS®) from 35 to an industry leading 60.

**Education and certification**

- Vanderbilt University Medical Center – Internal Medicine, 1985-1989
- University of Colorado – Fellowships in Pulmonary and Critical Care Medicine, 1989-1992
- Active Board Certifications in Pulmonary Medicine and Critical Care Medicine (ABIM)

**Speaking engagements**

- CDC; 2011-2014; "Implications of US Healthcare Transformation Upon Public Health Policy and Programs"

PLAINTIFF LEFT 2014; DR SCHREINER LEFT 2014!

DR ROB SCHREINER JOINED THE CDC BECAUSE PLAINTIFF APPLIED FOR A JOB AT THE CDC IN 2011.

(Ebread) dururise777 - Yahoo: Mail

Page 1 of

**YAHOO! MAIL**    EXHIBIT G1

Search Mail

INBOX    CONTACTS    CALENDAR    Congrats, en...    Your Interne...    Welcome to...    RE: webarch...

✎ Compose    🗑 Delete    ←    ⇐    →    📁 Move    ⊗ Spam    ⚙ Actions

Inbox (2)

Drafts

Sent

Spam (288)

Trash (3)

RE: webarchiver    THIS IS INDEED DEADLY
AND DEMONIC ABSESSION!

Your email was hacked.

For a copy of the governing documents, go to www.allinonemgmt.com/communities.htm and scroll down to you

*If this communication involves a debt then the following statement applies  This is an attempt to collect a debt
obtained  will be used for that purpose. This e-mail may contain information that is privileged, confidential and i
under applicable law  If the reader of this message is not the intended recipient, you are hereby notified that a
dissemination, distribution or copying of any information from this e-mail is strictly prohibited  If you receive this
notify me immediately*

❯ FOLDERS

❯ MESSENGER

**Jeanne Deubel**
**Office Manager / Customer Service**
*All-In-One Community Management, Inc.*
5200 Dallas Highway, Suite 200 #266
Powder Springs, GA 30127
TEL: 678.363.6479 / FAX: 678.363.6481
jdeubel@allinonemgmt.com
www.allinonemgmt.com

**From:** Rose Duru [mailto:dururose777@yahoo.com]
**Sent:** Wednesday, April 10, 2013 4:49 AM
**To:** Duffy Realty; hjohnson; All In One Mgmt Jeanne; contractsatduffyrealty; AJC J
Dena Humphries; All In One Mgmt Lynn; Atlanta Dental Specialists
**Subject:** webarchiver

http://upvcfencing.co.uk/dsmet-118.php

PLAINTIFF'S EMAIL ADDRESS FOR JOB SEARCH.
DR ROBERT SCHREINER HYJACKED PLAINTIFF'S
YAHOO EMAIL. DR ROBERT SCHREINER
CHANGED PLAINTIFF'S PASSWORD. PLAINTIFF
PLACED SEVERAL CALLS TO YAHOO TO
RECOVER THE EMAIL, BUT TO NO AVAIL.
YAHOO TOLD PLAINTIFF TO PAY $99 IN-
ORDER TO RECOVER, AND RE-SET PASSWORD.
PLAINTIFF DID NOT SEND THE ABOVE EMAIL.
DR ROBERT SCHREINER MAY HAVE ALSO HYJACKED
PLAINTIFF'S HOTMAIL EMAIL ADDRESS ALSO

http://us-mg5.mail.yahoo.com/neo/launch?.rand=7hpu2ot!mtanb    5/4/2013;    5/4/2013

③ UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① HCA - HEALTH CORPORATION OF AMERICA - NASHVILLE, TN;

② HEALTHONE| PRESBYTERIAN-ST. LUKES MEDICAL CENTER - HUMAN RESOURCES;

③ PATTY BOYD - DIRECTOR - CASE - MANAGEMENT DEPARTMENT;

④ MARK MERRIL - MANAGER - CASE - MANAGEMENT DEPARTMENT;

THIS IS A CASE OF PRIMA FACIE COMPLAINT:

① CONSPIRACY TO INFLICT BODILY HARM - "KAISER PERMANENTE COLORADO";

② CONSPIRACY TO INFLICT PSYCHOLOGICAL HARM - "KAISER PERMANENTE COLORADO";

③ CONTINUED FORCED HOMELESSNESS - DUE TO FRAUDULANT TERMINATION;

④ FACILITATION OF TERRORISTIC ACTS - CONTINUED SEXUAL ASSULT;

⑤ EXTREME HOSTILE WORKING ENVIROMENT;

⑥ RECKLESS ENDANGERMENT;

⑦ DEPRAVE INDIFFERENCE;

⑧ CONSPIRACY TO BLACK-BALL, AND BLACK LISTING - WRONGFUL TERMINATION;

⑨ BREACH OF VERBAL CONTRACT - DENIED PROMISED 10% RAISE;

I

# UNITED STATES DISTRICT COURT.

## FOR THE DISTRICT OF COLORADO

COMPLAINT CONT:

10. DEADLY EXPOSURE — "KAISER PERMANENTE COLORADO";
11. EXTREME DISCRIMINATION;
12. CRIMINAL CONSPIRACY;
13. PROFESSIONAL NEGLIGENCE, AND MISCONDUCT;
14. DERELICTION OF DUTY;
15. BREACH OF DUE PROCESS;
16. ABUSE OF AUTHORITY, AND POWER;
17. OBSTRUCTION OF JUSTICE;
18. CONSPIRACY TO EVADE PROSECUTION;
19. BREACH OF CHARACTER AND INTEGRITY;
20. ASSAULT, LIBEL, SLANDER;
21. CIVIL RIGHTS VIOLATION — EMPLOYMENT;
22. ENTERPRISE CORRUPTION;
23. VIOLATION OF FAIR LABOR STANDARDS ACT;
24. FACILITATION OF "HATE CRIME" ⊕ KAISER PERMANENTE COLORADO; KAISER PERMANENTE MID-ATLANTIC REGION, AND CAROLINAS; KAISER PERMANENTE GEORGIA; KAISER FAMILY FOUNDATION; AND KAISER PERMANENTE NATIONAL EXECUTIVES; KIM KAISER; HENRY J. KAISER; AND DR ROBERT SCHREINER.

II

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

COMPLAINT CONT:

PLAINTIFF WAS EXANORATED BY THE COLORADO DEPARTMENT OF LABOR BY AUTHORIZING UNEMPLOYMENT BENEFIT.

① DENIAL OF 10% RAISE PROMISED BY THE CASE MANAGEMENT DIRECTOR- PATTY BOYD FOR ACCEPTING THE POSITION OF "ADMISSIONS CASE MANAGER".

② MARK MERRIL- MANAGER OF CASE MANAGEMENT DEPARTMENT- REMOVED PLAINTIFF FROM THE PRIVATE OFFICE THAT WAS PROMISED TO PLAINTIFF FOR ACCEPTING THE POSITION OF "ADMISSIONS CASE MANAGER". MARK MERRIL PLACED A FEMALE HISPANIC MEXICAN CASE MANAGER IN PLAINTIFF'S OFFICE;

③ MARK MERRIL DECIDED TO MEET WITH ALL THE CASE MANAGERS EVERY MONDAY MORNING FOR PATIENT UPDATES- ALL THE CASE MANAGERS WERE GIVEN THE OPTION TO MEET WITH MARK MERRIL, EXCEPT THE PLAINTIFF- WAS MANDATORY;

④ MARK MERRIL STARTED CANCELLING PLAINTIFF'S SCHEDULED SHIFTS, AND REPLACING PLAINTIFF'S SHIFTS WITH AGENCY CASE MANAGERS FROM COMPASS CONTINUUM

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

COMPLAINT CONT:

CASE MANAGEMENT AGENCY:
PLAINTIFF FILED A COMPLAINT DIRECTLY TO THE HUMAN RESOURCE OFFICE - WHICH LED TO THE TERMINATION OF PLAINTIFF ROSE ADANMA DURU (ROSE OGWUMIKE) FOR NOT FOLLOWING CHAIN OF COMMAND. PRIOR TO THIS WRONGFULL, MALICIOUS, TERMINATION - PLAINTIFF NEVER HAD A VERBAL WARNING, AND NEVER HAD A WRITTEN WARNING.

THE ABOVE ACTIONS LED TO PLAINTIFF'S DEADLY ENCOUNTER WITH KAISER PERMANENTE, AND PLAINTIFF'S HOMELESSNESS SINCE DECEMBER 2012; ALSO LED TO THE PLAINTIFF'S LIVING AND SLEEPING ON THE STREETS OF WASHINGTON DC, FOR EIGHT MONTHS - FEB. 23, 2017 TO OCT. 25, 2017. CURRENTLY - PLAINTIFF REMAINS HOMELESS.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $24 BILLION AGAINST HCA|HEALTHONE|PRESBYTERIAN SAINT LUKES MEDICAL CENTER; $800 MILLION AGAINST DIRECTOR-PATTY BOYD; AND $800 MILLION AGAINST MANAGER-MARK MERRIL:

④ UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① SAINT JOSEPH'S HOSPITAL OF ATLANTA GEORGIA - ST. JOSEPH HEALTH SYSTEM;

② SAINT JOSEPH'S HOSPITAL OF ATLANTA GEORGIA - HUMAN RESOURCES DEPARTMENT;

③ MR ERIC | ERIK BRENNEN - EXECUTIVE DIRECTOR - CM | SOCIAL SERVICES | ADMISSIONS;

COMPLAINT | CLAIM: ** HATE CRIME **

① CONSPIRACY TO ATTEMPTED MURDER;

② ATTEMPTED MURDER; ③ DECEPTION;

④ ENTRAPMENT; ⑤ RETALIATION;

⑥ CYBER ATTACKS; WIRE FRAUD; CABLE FRAUD; UNLAWFUL SURVEILLANCE;

⑦ HOSTILE WORKING ENVIROMENT;

⑧ CONSTRUCTIVE TERMINATION; SLANDER;

⑨ FALSE CLAIM; DEFAMATION - MEDICARE WHISTLE-BLOWER; ⑩ ASSULT; LIBEL;

PLAINTIFF LOOKS FORWARD TO FACING THESE DEFENDANTS IN COURT FOR A JURY TRIAL:

DAMAGES | DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $800 MILLION IN DAMAGES AGAINST EACH OF THE NAMED DEFENDANTS, FOR A COLLECTIVE TOTAL OF $2.4 BILLION FOR "HATE CRIME."

I

(5)   UNITED STATES DISTRICT COURT.

FOR THE   DISTRICT OF COLORADO.

DEFENDANTS:

(1)   THE STATE OF GEORGIA;

(2)   THE STATE OF GEORGIA BOARD OF NURSING;   (3)   GEORGIA DEPARTMENT OF LABOR-COBB COUNTY LOCATION- GA;

COMPLAINT:

(1)   CIVIL RIGHTS VIOLATION;

(2)   CONSPIRACY TO COMMIT MURDER- ACCESSORY AFTER THE FACT;

(3)   ENTRAPMENT; CONSPIRACY TO DO HARM;

(4)   RETALIATION; ATTEMPTED MURDER;

(5)   ASSULT; LIBEL; AND SLANDER;

(6)   FALSE CLAIM; DECEPTION;

(7)   EMPLOYMENT DISCRIMINATION;

(8)   RECKLACE ENDANGERMENT;

(9)   DEPRAVE INDIFFERENCE;

(10)   FALSE CLAIM-WHISTLE-BLOWER;

(11)   DEFAMATION OF CHARACTER;

(12)   VIOLATION OF FAIR LABOR STANDARDS;

(13)   COVER-UP; CONSPIRACY TO ATTEMPTED MURDER;

(14)   ENTERPRISE CORRUPTION;

(15)   BLACK-BALLED|BLACK LISTED;

(16)   FORCED HOMELESSNESS;

(17)   FINANCIAL RUIN;

(18)   FACILITATION OF PUBLIC VIOLENCE;

(19)   AIDING KPGA IN TERRORISTIC ACT-"HATE," "RAPE", CONTINUED SEXUAL ASSULT; ETC

I

## UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF COLORADO

COMPLAINT CONT: ✱ ATTEMPTED MURDER ✱

20) RECOVERY OF RN LICENSE PAYMENT;

21) FRAUD; CONSPIRACY TO COMMIT FRAUD;

22) BREACH OF DUE PROCESS & DUTY;

23) BREACH OF INTEGRITY DUE TO HATE;

THESE DEFENDANTS DELIVERED THE PLAINTIFF TO KPGA | DR ROBERT SCABEINER | KELLY KOHNEN | KIM KAISER | HENRY J. KAISER | DR CHRISTOPHER IVERSON | DR EDIGAR | DR MARTHA WILBUR — ETC — FOR CONTINUED TERROR, CONTINUED SEXUAL ASSULT, CONTINUED HOMELESNESS, AND CONTINUED FINANCIAL RUIN.

GEORGIA BOARD OF NURSING REFUSAL TO RE-ISSUE PLAINTIFF'S RN LICENSE WAS A CRIMINAL ACT, AND PLAINTIFF LOOKS FORWARD TO FACING THESE DEFENDANTS IN COURT FOR A JURY TRIAL.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $25 BILLION AGAINST EACH ABOVE NAMED DEFENDANT, FOR A TOTAL OF $75 BILLION DOLLARS, FOR INTENTIONAL, DELIBERATE, AND MALICIOUS ACT OF PURE EVIL!!! AND "HATE CRIME"!!!

II

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ADDENDUM TO THE STATE OF GEORGIA-
DEPARTMENT OF LABOR:

THE GEORGIA DEPARTMENT OF LABOR LOCATED IN COBB COUNTY GEORGIA COLLUDED WITH KAISER PERMANENTE GEORGIA EXECUTIVES, AND ADMINISTRATION TO FABRICATE, AND FORGE A FALSE UN-EMPLOYMENT BENEFIT. GEORGIA DEPARTMENT OF LABOR COVERED-UP FOR KAISER PERMANENTE GEORGIA, AND FRAUDULANTLY AUTHORIZED UN-EMPLOYMENT BENEFIT FOR A MAXIMUM OF 16 WEEKS, AT THE RATE OF $250 PER WEEK, AND LOADED THE THE ENTIRE AMOUNT IN A VISA PRE-PAID CARD. PLAINTIFF WAS EXTREMELY OFFENDED, AND RETURNED THE PRE-PAID VISA CARD TO THE GEORGIA DEPARTMENT OF LABOR. THIS ACTION AMOUNTED TO THE MOST EVIL CONSPIRACY TO COMMIT MURDER. GEORGIA DEPARTMENT OF LABOR DID NOT RECEIVE A "SEPERATION LETTER" FROM KAISER PERMANENTE GEORGIA, AND YET THE DEPT. OF LABOR COVER-UP THIS REPREHENSIBLE ACT. PLAINTIFF SUSPECTS THAT KAISER PERMANENTE GEORGIA APPLIED, AND COLLECTED LIFE INSURANCE AGAINST PLAINTIFF'S LIFE IN 2011-CRIMINAL ACT. LIFE INSURANCE COMPANY, AND AMOUNT UNKNOWN.



| Mail | Contacts | Calendar | Notepad | | What's New? | Mobile Mail | Options |

Check Mail | New ▾ | | Mail Search | Get the newest Yahoo! Mail

📇 3 Bureau
CREDIT REPORT

Previous | Next | Back to Messages          Mark as Unread | Print

Delete  Reply ▾  Forward  Spam  Move... ▾

**Folders**          [Add]
Inbox (2)
Drafts
Sent
Spam (121)    [Empty]
Trash          [Empty]

My Photos
My Attachments

Chat & Mobile Text    [hide]
I am    Available
0 Online Contacts    [Add]
No contacts online right now.
Start a New Chat
0 Mobile Contacts    [Add]
You don't have any Mobile Text cor
Start a Text Message
Settings

AdChoices
It's time to take care of you.
You deserve it.
Jennifer Hudson
weightwatchers
JOIN ME

**Important Information from the Georgia Department of Labor**          Tuesday, January 22, 2013 6:02 PM

From: "COBB_CHEROKEE_CC@DOL.STATE.GA.US" <COBB_CHEROKEE_CC@DOL.STATE.GA.US>
To: dururose777@yahoo.com

Rose A. Duru
Confirmation # 003134418
Date  01/22/2013 Time 01:02 PM

Dear Rose A. Duru

Your claim information has been received and will be processed by your local
career center listed below. If you have any questions about your claim, you
should contact your local career center:

                    COBB-CHEROKEE
                    465 BIG SHANTY ROAD
                    MARIETTA, GA 30066
                    (770)528-6100

Georgia law requires all applicants for unemployment benefits who are 18 years
of age or older sign an affidavit attesting they are (1) a United States
citizen or a legal permanent resident or (2) a non citizen legally present in
the United States.  All claimants 18 years of age or older must execute this
affidavit whether filing via the Internet or in a career center.

Our records indicate you filed your claim via the Internet and were 18 years
of age or older on the date you filed. You will receive an email advising
you to report in person on a specific date with your valid, government-issued
picture identification to your local career center to complete the affidavit,
which must be signed and notarized at the career center. If you do not complete
the affidavit at our offices on the date specified, you will be ineligible for
weeks of unemployment until the week that the affidavit is completed.

You must also bring the following documents to the career center. Failure to
do so may result in a delay or denial of benefits.

          - All Individuals: Valid government-issued picture identification
            and Employer Separation Notice, if you were given one.

          - Prior Military Personnel: At least one of the following:
            Most recent DD-214 Member 4, "orders to report", "orders of
            release", military earnings and leave statement, and

          - Prior Federal Employees: Standard Form 50, Standard Form 8, W-2
            or pay stubs (if you worked for the federal government at
            any time during the last 18 months).

          - Union Members: Union card (if you are a member of a union that
            assists you in finding employment).

          - Disaster Affected Individuals:  A copy of your most recently
            completed income tax return or quarterly estimated income tax
            payment record(s), if applying for Disaster Unemployment
            Assistance (DUA) and you are self employed or a farmer.

          - Non-Citizens: Employment Authorization Document.

You must claim benefits weekly.

Claim your first week on Monday 01/28/2013 and each Monday thereafter.

***************************************************************************
GDOL CONFIDENTIALITY NOTICE: This transmission may contain confidential information protected by state
or federal law.  The information is intended only for use consistent with the state business discussed in this
transmission.If you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution, or the taking of any action based on the contents is strictly prohibited.  If you have received
this
transmission in error, please delete this email and notify the sender immediately.Your cooperation is
appreciated.
***************************************************************************

Delete  Reply ▾ | Forward | Spam | Move... ▾

Previous | Next | Back to Messages          Select Message Encoding          ▾ | Full Headers



IGNITE THE NIGHT™
PiÑ CUANGO

Check Mail | New ▾                    | Mail Search          Get the newest Yahoo! Mail



3 Bureau
CREDIT REPORT

Previous | Next | Back to Messages                                   Mark as Unread | Print

Delete | Reply ▾ | Forward | Spam | Move... ▾

**Applicant Status Affidavit-Action Required**                    Saturday, January 26, 2013 6:35 AM

From: "COBB_CHEROKEE_CC@DOL.STATE.GA.US" <COBB_CHEROKEE_CC@DOL.STATE.GA.US>

To: undisclosed-recipients

Confirmation # 003134418

SSN ***-**-

EXIBIT: DOL

Dear R DURU

Georgia law requires that all applicants for unemployment benefits who are 18
years of age or older sign an affidavit attesting they are (1) a United States
citizen or a legal permanent resident or (2) a non-citizen legally present in
the United States. You have been scheduled to complete this affidavit at
the date, time and location indicated below:

January 29, 2013    11:30am              COBB-CHEROKEE
                                         465 BIG SHANTY ROAD
                                         MARIETTA GA 30066
                                         770-528-6100

You must report to the career center and bring your government-issued picture
identification to complete the affidavit, which must be signed and notarized at
the career center. If you have not completed the affidavit at our office within
ten (10) days from the date you filed your claim (01/22/2013), you will be
ineligible for weeks of unemployment until the week that the affidavit is
completed.

You must also bring the following documents to the career center. Failure to do
so may result in a delay or denial of benefits.

        - All Individuals: Valid government-issued picture identification
          and Employer Separation Notice, if you were given one.

        - Prior Military Personnel: At least one of the following:
          Most recent DD-214 Member 4, "orders to report", "orders of
          release", military earnings and leave statement, and
          or W-2 form(s) from your most recent military service.

        - Prior Federal Employees: Standard Form 50, Standard Form 8, W-2
          or pay stubs (if you worked for federal government at any
          time during the last 18 months).

        - Union Members: Union card (if you are a member of a union that
          assists you in finding employment).

        - Disaster Affected Individuals: A copy of your most recently
          completed income tax return or quarterly estimated income tax
          paymen. record(s), if applying for Disaster Unemployment
          Assistance (DUA) and you are self employed or a farmer.

        - Non-Citizens: Employment Authorization Document.

If you are not able to report at your scheduled time, please contact your career
center. Failure to respond to this request could result in possible delay or
loss of benefits.

You must claim benefits weekly. Claim your first week on MONDAY 01/28/2013
and each MONDAY thereafter.

****************************** * * ******************************************
GDOL CONFIDENTIALITY NOTICE : This transmission may contain confidential information protected by state
or federal law. The information is intended only for use consistent with the state business discussed in this
transmission.If you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution, or the taking of any action based on the contents is strictly prohibited. If you have received
this
transmission in error, please delete this email and notify the sender immediately.Your cooperation is
appreciated.
****************************** * * ******************************************

Delete | Reply ✓ | Forward | Spam | Move... ▾



# The Office of Secretary of State

*Brian P. Kemp*
**SECRETARY OF STATE**

*Lisa Durden*
**DIVISION DIRECTOR**

October 21, 2013

Rose Duru
P.O. Box 1761
Smyrna, Georgia 30081

Ms. Duru,

Our office received your request for a refund of the renewal application fee.  Application fees are nonrefundable and we are unable to grant your request.

Thank you for your inquiry.

Sincerely,

Professional Licensing Boards Division

EXHIBIT-N.

THE BOARD OF NURSING COLLUDED WITH KAISER PERMANENTE GEORGIA TO DENY PLAINTIFF'S REQUEST FOR RN LICENSE RENEWAL. THE GEORGIA BOARD OF NURSING REFUSED TO REFUND PLAINTIFF'S APPLICATION FEE, AND REFUSED TO RE-ISSUE RN LICENSE RENEWAL. THIS IS ABUSE, AND FRAUD.

237 Coliseum Drive • Macon, Georgia 31217 • (478) 207-2440 • (478) 314-9142 FAX • www.sos.georgia.gov



⑥ UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① NORTHSIDE HOSPITAL OF ATLANTA GEORGIA;

② PRESIDENT | CEO - NORTHSIDE HOSPITAL OF ATLANTA GA; CFO; COO - CHIEF OPERATING OFFICER, AND EXECUTIVE MEDICAL DIRECTOR - COLLECTIVELY - THE ADMINISTRATIVE ADMINISTRATION OF NSH OF ATLANTA GA;

③ SANDRA WOLEVER RN - MANAGER OF CM | SOCIAL SERVICES DEPARTMENT;

④ DR ROBERT "ROB" SCHREINER - LONG-TIME MEMBER OF THE MEDICAL EXECUTIVE COMMITTEE (MEC) OF NORTHSIDE HOSPITAL OF ATLANTA GEORGIA;

COMPLAINT | CLAIM: ** HATE CRIME **

① EXTREME HOSTILE WORKING ENVIROMENT;

② DISCRIMINATION DUE TO FALSE CLAIM, SLANDER, DEFAMATION - MEDICARE WHISTL-BLOWER; (MEDICAL RCDS REMOTELY)

③ FORGERY; FABRICATION OF PATIENTS COMPLAINTS; ④ ASSULT | LIBEL;

⑤ CONSPIRACY TO INFLICT PSYCHOLOGICAL AND BODILY HARM; HARASSMENT;

⑥ RECOVERY OF OVERTIME PAYMENT - FOR FOUR YEARS, PLAINTIFF CASE MANAGED PATIENTS WITH MEDICARE PRIMARY AND KPCA AS SECONDARY INS;

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

COMPLAINTS | CLAIM CONT:

(7) CRIMINAL CONSPIRACY; GREED;

(8) RETALIATION RE: MEDICARE WHISTLE-BLOWER; (9) CYBER ATTACKS;

(10) UNLAWFUL SURVEILLANCE; WIRE FRAUD;

(11) RECKLACE ENDANGERMENT;

(12) DEPRAVE INDIFFERENCE; DECEPTION;

DAMAGES: THESE DEFENDANTS CONTINUED TO COLLUDE WITH KAISER PERMANENTE GA AND DR. ROBERT "BOB" SCHREINER TO INFLICT SEVERE EMOTIONAL TRAUMA; ATTACKS | ASSULT COMING FROM THE PHYSICAL THERAPY DEPT.; THE CASE MANAGEMENT DEPT.; MEDICAL RECORDS DEPT.; THE VOLUNTEER DEPT.; THE CAFETERIA STAFF; THE SECURITY DEPT.; PLAINTIFF JUST WANTS THE DISABLED, AND THE ELDERLY WITH MEDICARE AS PRIMARY INSURANCE TO RECEIVE THE PROPER CARE THEY DESERVE, WITH THE OPTION TO CHOOSE **HEALTH**CARE NEEDS:

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $800 MILLION IN DAMAGES AGAINST THE FOUR NAMED DEFENDANTS FOR A COLLECTIVE TOTAL OF $3.2 BILLION, AND TO COMPEL THE ABOVE NAME DEFENDANTS TO APPEAR FOR A JURY TRIAL.

(7) UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS: (KPGA | TSPMG | COBB WORKS SYSTEM.

① COBB COUNTY GEORGIA GOVERNMENT;

② COBB WORKS WORKFORCE - COBB-
     COUNTY GEORGIA;

③ COBB COUNTY POLICE DEPARTMENT-
     LOCATED ON CUMBERLAND PARKWAY;

COMPLAINT:

① CIVIL RIGHTS VIOLATION;

② FACILITATION OF CONTINUED TERRORISTIC
     ACTS - PUBLIC VIOLENCE; HATE CRIME;

③ ASSAULT, SLANDER, LIBEL;

④ FALSE CLAIM; DECEPTION;

⑤ DEFAMATION OF CHARACTER;

⑥ STALKING - RELENTLESS HARASSMENT;

⑦ RECKLACE ENDANGERMENT;

⑧ DEPRAVE INDIFFERENCE;

⑨ CRIMINAL CONSPIRACY;

⑩ FINANCIAL RUIN; ABUSE OF POWER;

⑪ FORCED HOMELESSNESS;

⑫ BLACK-BALLED | BLACK LISTED;

⑬ CONSPIRACY TO CAUSE BODILY, AND
     PSYCHOLOGICAL HARM;

⑭ EMPLOYMENT DISCRIMINATION;

⑮ DISCRIMINATION DUE TO NATIONALITY;

①

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

COMPLAINT CONT: (16) ATTEMPTED MURDER*
(17) MEDICARE FRAUD WHISTLE-BLOWER
FRAMED; MISTAKEN IDENTITY;
THE COBB COUNTY POLICE DEPARTMENT
PLACED A HUGE "DEAD RAT" IN PLAINTIFF'S
STORAGE (SECURE CARE STORAGE) ON SOUTH
COBB DRIVE, SMYRNA GEORGIA.
THE COBB COUNTY POLICE DEPARTMENT,
STALKED, HARASSED, AND FOLLOWED THE
PLAINTIFF EVERYDAY, ALL AROUND COBB
COUNTY. PLAINTIFF WENT TO THE COBB
COUNTY POLICE DEPARTMENT ON CUMBERLAND
PARKWAY, TO INFORM THEM OF THE PUBLIC
HYSTERIA, VIOLENCE, STALKING, HECKLING, AND
TO INFORM THEM THAT THE PLAINTIFF WAS
NOT THE WHISTLE-BLOWER, BUT THE BLACK
MALE DETECTIVE STATED - "IF YOU DID NOT DO
IT, YOU HAVE NOTHING TO WORRY ABOUT",
AND HE JUST DISMISSED PLAINTIFF. COBB
WORKS WORKFORCE EXPOSED PLAINTIFF TO KPGA:
DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT
TO AWARD PLAINTIFF $14 BILLION EACH FOR A
TOTAL OF $42 BILLION, FOR COLLUDING
WITH KAISER PERMANENTE GEORGIA-WHO
IS THE MAJOR HEALTH INSURANCE COMPANY TO
COBB COUNTY GOVERNMENT GEORGIA.



**cobbworks**

463 Commerce Park Drive
Suite 100
Marietta, GA 30060

P: 770.528.4300
F: 770.528.4302
W: www.cobbworks.org

## Cobb Workforce Development Center

Business Hours
Monday - Friday
8:00 am to 5:00 pm

WIA Information Session
Mondays & Tuesdays
9:00 am
check our website fo

EXHIBIT: CCW.







(8)   UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANT:

① UPS - COBB PARKWAY LOCATION -
COBB COUNTY GEORGIA:

COMPLAINT/CLAIM:   ① FRAUD;

② CONSPIRACY TO COMMIT FRAUD;

③ ACCESSORY TO ATTEMPTED MURDER;

④ ACCESSORY TO BLACK-BALLING; BLACK-
LISTING;   ⑤ SLANDER, ASSULT AND

LIBEL; DEFAMATION OF CHARACTER;

⑥ RETALIATION - CRIMINAL CONSPIRACY →
MEDICARE WHISTLE-BLOWER-FRAMED;

⑦ BREACH OF CONTRACT, BREACH OF
DUTY, PROFESSIONAL MISCONDUCT;

THIS DEPRAVED DEFENDANT, RECKLACELY
LOADED PLAINTIFF'S RESUME IN A PDF FLASH-
DRIVE, EVEN FEDEX EMPLOYEES COULD NOT
OPEN THE FLASH DRIVE. PLAINTIFF HAD TO PAY
FEDEX TO RE-TYPE THE RESUME.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE
COURT TO AWARD PLAINTIFF $800 MILLION
IN DAMAGES FOR COLLUDING, AND CONSPIRING
WITH KAISER PERMANENTE GA/TSPMG:

(9) UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

1. KAISER PERMANENTE COLORADO;
2. KAISER PERMANENTE MID-ATLANTIC REGION;
3. KAISER PERMANENTE NORTH CAROLINA;
4. KAISER PERMANENTE GEORGIA;
5. TSPMG - THE SOUTHEAST PERMANENTE MEDICAL GROUP;
6. KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC.;
7. KAISER FAMILY FOUNDATION;

COMPLAINT | CLAIM.

1. ATTEMPTED MURDER;
2. CONSPIRACY TO ATTEMPTED MURDER;
3. DEADLY ENCOUNTER;
4. DEADLY PURSUIT; DISCRIMINATION;
5. DEADLY OBSESSION; HATE CRIME;
6. FRAUDULENTLY INDUCED EMPLOYMENT;
7. ENTERPRISE CORRUPTION - RICO
8. CYBER ATTACKS; COMPUTER FRAUD; WIRE FRAUD; CABLE SURVEILLANE; UNLAWFUL SURVEILLANCE AND MONITOR;
9. VIOLATION OF FEDERAL PRIVACY ACT;
10. RELENTLESS PURSUIT; RELENTLESS ASSULT;
11. SLANDER; DEFAMATION; LIBEL;

UNITED STATES DISTRICT COURT.

FOR THE   DISTRICT OF COLORADO

COMPLAINT/CLAIM CONT:

(12) FALSE CLAIM - MEDICARE WHISTLE-
     BLOWER; INCITING PUBLIC VIOLENCE;

(13) CIVIL RIGHTS VIOLATION - CONTINUED
     BLACK BALL, AND BLACK LISTING;

(14) FORCED FINANCIAL RUIN - FORCED
     HOMELESSNESS;

PLAINTIFF RESPECTFULLY ASKS THE
COURT TO COMPEL THE ABOVE NAMED
DEFENDANTS TO APPEAR FOR A JURY
TRIAL; PLAINTIFF LOOKS FORWARD TO
FACING ALL OF THE NAMED DEFENDANTS
IN THE COURT OF LAW- UNITED STATES
DISTRICT COURT UNDER DIVERSITY
JURISDICTION:

DEMAND/DAMAGES:

PLAINTIFF RESPECTFULLY ASKS THE COURT
TO AWARD THE PLAINTIFF $8 BILLION
IN DAMAGES AGAINST EACH NAMED
DEFENDANT FOR A COLLECTIVE TOTAL
OF $56 BILLION DOLLARS, FOR PURE EVIL;
FOR APPLYING AND COLLECTING LIFE
INSURANCE BENEFIT - AMOUNT UNKNOWN,
THROUGH UNUM LIFE INSURANCE COMP:

11

⑩ UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① KAISER PERMANENTE SOUTHERN CALIFORNIA;

② KAISER PERMANENTE NORTHERN CALIFORNIA;

③ KAISER FOUNDATION HOSPITALS AND HEALTH PLAN; ④ VENTURE INVESTMENT-KAISER;

⑤ THE PERMANENTE FEDERATION, LLC;

COMPLAINT:

① OBSTRUCTION OF JUSTICE WITH MALICE;

② CONSPIRACY TO EVADE PROSECUTION;

③ DEADLY ACTS; ④ DEADLY OBSESSION;

⑤ ASSULT; SLANDER; DEFAMATION OF CHARACTER; FALSE CLAIM; CONSPIRACY TO INFLICT BODILY PHYSICAL HARM; AND CONSPIRACY TO INFLICT TERROR; FINANCIAL RUIN; FORCED HOMELESSNESS- CONSPIRACY TO COMMIT MURDER; LIBEL:

THE ABOVE NAMED DEFENDANTS, AND THEIR EXECUTIVES/ADMINISTRATION COLLUDED WITH BARAK OBAMA JUSTICE DEPARTMENT TO EVADE AND HINDER PROSECUTION

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD THE PLAINTIFF $8 BILLION AGAINST EACH DEFENDANT FOR A TOTAL OF $40 BILLION FOR ABUSE; HATE; EVIL; AND TERRORISTIC, AND DEMONIC ACTIVITIES:

(11)

UNITED STATES DISTRICT COURT.

FOR THE : DISTRICT OF COLORADO

DEFENDANTS: * KIM AND HENRY J KAISER;

(1) DR ROBERT "ROB" SCHREINER-EXECUTIVE
MEDICAL DIRECTOR-KPGA, FOR HOSPITALS,
KAISER SPECIALTY FACILITIES, AND DOCTOR;

(2) KERRY KOHNEN- PRESIDENT|CEO KPGA-
KAISER PERMANENTE GA- 2011 TO 2014

(3) HENRIETTA KING-EXECUTIVE DIRECTOR - THE
SOUTHEAST PERMANENTE MEDICAL GROUP;

(4) DR MARTHA WILBUR - PALLIATIVE CARE TEAM;

(5) DR CHRISTOPHER IVERSON-HEAD OF THE
PALLIATIVE CARE TEAM ("WE KNOW HOW
HE IS DOING IT, WE WILL NOT STOP HIM"
MEANING- DR ROBERT"ROB" SCHREINER )

(6) DR EDIGAR; (7) DR ANNE PENROSE;

(8) CAROL MILLER-DIRECTOR CM DEPT.;

COMPLAINT|CLAIM:

(1) DEADLY ENCOUNTER;

(2) DEADLY PURSUIT, RELENTLESS PURSUIT;

(3) DEADLY OBSESSION - STALKERS;

(4) FRAUDULENTLY INDUCED EMPLOYMENT-
I:E- WELLSTAR SYSTEM; UHC OF GEORGIA;

(5) CYBER ATTACKS; WIRE FRAUD;
COMPUTER FRAUD; CABLE FRAUD;

T

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

COMPLAINT/CLAIM CONT:

(6) ATTEMPTED MURDER CONTINUED;

(7) CONSPIRACY TO ATTEMPTED MURDER;

(8) CIVIL RIGHTS VIOLATION- BLACK-BALLING;

BLACK LISTING- RELENTLESS HARASSMENT;

(9) SLANDER; DEFAMATION OF CHARACTER;

FALSE CLAIM- MEDICARE WHISTLE-BLOWER;

(10) UNLAWFUL SURVEILLANCE- TERRORISTIC

ACTS- RAPE; CONTINUED SEXUAL ASSULT;

CONTINUED SEXUAL HARASSMENT- UNSEEN,

"DEMONIC", AND PARANORMAL ACTIVITIES;

(11) FORCED FINANCIAL RUIN- AND FORCED

HOMELESSNESS- SEE LIST;

(12) CRIMINAL CONSPIRACY- INCITING PUBLIC

VIOLENCE- RECKLESS ENDANGERMENT;

PLAINTIFF RESPECTFULLY ASKS THE

COURT TO APPEAR FOR A JURY TRIAL.

THE DEPARTMENT OF JUSTICE NEEDS

TO AWARE THAT THESE "DEMONIC", EVIL

INDIVIDUALS CAN MAKE THEMSELVES

"UN-SEEN"- RAPE WITHOUT BEING SEEN,

INVADE PRIVATE HOMES/APARTMENTS/HOTEL

ROOM "UN-SEEN", AN LIVES ARE IN GRAVE

DANGER IN COLORADO, GEORGIA, HAWAII,

CALIFORNIA, CAROLINAS, MARYLAND, D.C., ETC

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

COMPLAINT | CLAIM CONT.

PLAINTIFF WILL LIKE TO SHARE SOME OF THE DISGUSTING, IRREPREHENSIBLE, AND IMAGINABLE, AND UN-BELIEVABLE QUOTES FROM THESE DEFENDANTS - THE KAISER PERMANENTE ENTITIES - "YOU (PLAINTIFF) ARE THE ONLY BASTARD THAT LOVES THE JEWS"; "WE WILL CONTINUE TO RAPE YOU", "WE WILL CONTINUE TO SEXUAL ASSULT YOU", QUOTE BY DR. CHRISTOPHER IVERSON OF PALLIATIVE CARE TEAM OF KAISER PERMANENTE GEORGIA - "WE KNOW HOW DR ROB SCHREINER IS RAPING YOU, WE WILL NOT STOP HIM"; KAISER PERMANENTE EXECUTIVES "WE OWN DALLAS TEXAS", "WE OWN TEXAS", "WE OWN HOUSTON TEXAS", "YOU WILL NEVER SURVIVE IT", "WE WILL KILL YOU", "WE WILL KILL YOUR FAMILY IN GEORGIA", "WE WILL KILL YOUR FAMILY IN HOUSTON TEXAS"; "WE WILL CONTINUE TO KILL PATIENTS - NO-BODY CAN DO ANYTHING ABOUT IT", "NO JUDGE WILL GRANT YOU MOTION FOR DEFAULT JUDGMENT AGAINST KAISER PERMANENTE"; "THE JUSTICE DEPARTMENT IS DEFENDING KAISER PERMANENTE, WE DON'T HAVE TO APPEAR FOR TRIAL";

# UNITED STATES DISTRICT COURT.

## FOR THE DISTRICT OF COLORADO

### COMPLAINT | CLAIM CONT.

"THE JUSTICE DEPARTMENT DO NOT BELIEVE YOU"; "WE WILL CONTINUE TO RAPE YOU"; WE WILL CONTINUE TO SEXUAL ASSULT YOU"; " YOUR GOD CANNOT STOP US"; "WHY CAN'T YOU GOD STOP US"; "HE IS DOING A BANG UP JOB"; THESE QUOTATIONS, AND MANY MORE ARE REPEATED SEVERAL TIMES DAILY. THE BLASPHEMY AGAINST GOD, CHRIST, THE HEAVENLY HOSTS IS DISGUSTING, AND THE CITIES, COUNTIES OF THE STATE OF TEXAS ARE ALL AWARE OF THESE EVIL DEEDS, ESPECIALY THE BRUTAL SEXUAL ASSULTS, AND RAPE ONGOING FOR THE PAST FIVE YEARS. THE HOUSTON, AND DALLAS FIRE DEPT, AND FIRE RESCUE ENTITIES LIVE AND ENJOY THESE HORRIFIC, BRUTAL ACTS.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO COMPEL THESE DEFENDANTS FOR A JURY TRIAL. PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $900 MILLION IN DAMAGES AGAINST EACH NAMED DEFENDANT FOR A COLLECTIVE TOTAL OF $7.2 BILLION FOR TERROR ATTACKS, AND INTENTIONAL INFLICTION OF TRAUMA:

IV

(12) UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF COLORADO

DEFENDANTS: KAISER PERMANENTE NATIONAL LEADERS:

1. BERNARD J. TYSON - CEO/PRESIDENT;
2. GEOFFREY S. SEWELL - MD, FACP;
3. GREGORY A. ADAMS - EXECUTIVE;
4. BENJAMIN K. CHU - MD, MPH, MACP;
5. RICHARD (DICK) D. DANIELS - EXECUTIVE;
6. KATHY LANCASTER - EXECUTIVE;
7. DONNA LYNNE, DrPH - EXECUTIVE;
8. PATRICK T. COURNEYA, - MD, - EXECUTIVE;
9. ARTHUR M. SOUTHAM, - MD, MBA, MPH;
10. ANTHONY A. BARRUETA - EXECUTIVE;
11. RAYMOND J. BAXTER, PhD - EXECUTIVE;
12. CHUCK COLUMBUS - EXECUTIVE;
13. CHRIS GRANT - EXECUTIVE;
14. SCOTT YOUNG, - MD - EXECUTIVE;
15. MARK S. ZEMELMAN - EXECUTIVE;
16. KIM KAISER - KAISER FAMILY FOUNDATION;
17. HENRY J. KAISER - KAISER FAMILY FOUNDATION;

COMPLAINT:

1. OBSTRUCTION OF JUSTICE WITH MALICE;
2. DEADLY ENCOUNTER; ATTEMPTED MURDER;
3. DEADLY PURSUIT - STALKERS;
4. ASSAULT, SLANDER, LIBEL;
5. ENTERPRISE CORRUPTION;

I

UNITED STATES DISTRICT COURT:

FOR THE DISTRICT OF COLORADO

COMPLAINT CONT: CONSPIRACY TO ATTEMPTED MURDER;

(6) FINANCIAL RUIN; ATTEMPTED MURDER;

(7) FALSE CLAIM-DEFAMATION OF CHARACTER;

(8) MEDICARE FRAUD-WHISTLE BLOWER-FRAMED;

(9) FRAUD; CONSPIRACY TO COMMIT FRAUD;

(10) CONSPIRACY TO COMMIT TERRORIST ACTS-
UNLAWFULL SURVEILLANCE; SEXUAL ASSULT;
SEXUAL HARASSMENT; INCITING PUBLIC
VIOLENCE; ABUSE; CONSPIRACY TO INDUCE
SUICIDE; CYBER ATTACKS; WIRE FRAUD-ETC;

(11) CONSPIRACY TO EVADE PROSECUTION;

(12) FORCED HOMELESSNESS; RECKLACE
ENDANDERMENT; DEPRAVE INDIFFERENCE;
CONSPIRACY TO COMMIT MURDER, AND
"HATE CRIME". PLAINTIFF RESPECTFULLY
ASKS THE COURT TO COMPEL DEFENDANTS
TO APPEAR FOR A JURY TRIAL.

DEMAND: PLAINTIFF RESPECTFULLY ASKS
THE COURT TO AWARD PLAINTIFF- $800
MILLION DOLLARS IN DAMAGES AGAINST
EACH DEFENDANT FOR A COLLECTIVE
TOTAL OF $13.6 BILLION, FOR INTENTIONAL,
AND MALICIOUS INFLICTION OF TERROR,
AND EXTREME EMOTIONAL INJURY TRAUMA:

(13) UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① HURON CONSULTING GROUP | HEALTHCARE HOUSTON TEXAS;

② DR ROBERT SCHREINER — HURON CONSULTING GROUP | HEALTHCARE, HOUSTON TEXAS;

③ HURON CONSULTING GROUP | HEALTHCARE, DALLAS TEXAS;

④ DR ROBERT SCHREINER — HURON CONSULTING GROUP | HEALTHCARE, DALLAS TEXAS.

COMPLAINT | CLAIM: ① OBSTRUCTION OF JUSTICE; ② CONSPIRACY TO MURDER, AND EVADE PROSECUTION; ③ AIDED AND ENABLED DR ROBERT SCHREINER IN TERRORISTIC ACTS — SEXUAL ASSULT, RAPE, HARASSMENT, ASSULT, SLANDER, PUBLIC VIOLENCE, LIBEL, FORCED HOMELESSNESS, FINANCIAL RUIN, ④ ACCESSORY TO ATTEMPTED MURDER; ⑤ CIVIL RIGHTS VIOLATION — BLACK-BALLING, WIRE FRAUD, CABLE FRAUD, RICO STATUTE.

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $800 MILLION IN DAMAGES AGAINST EACH OF THE DEFENDANTS FOR $3.2 BILLION DOLLARS.

(14) UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

DEFENDANTS:

① DR ROBERT "ROB" SCHREINER - KPGA, AND HURON HEALTHCARE - DALLAS TEXAS;

② MRS ROBERT SCHREINER - DR ROBERT SCHREINER's WIFE;

③ MRS SCHREINER - DR ROBERT SCHREINER's MOTHER;

COMPLAINT:

① DEADLY OBSESSION;

② DEADLY PURSUIT;

③ CONSTRUCTIVE KIDNAPPING;

④ CONTINIOUS TERRORISTIC ACTS - SEXUAL ASSULTS; "RAPE"; UNLAWFULL SURVEILLANCE; INTENTIONAL, AND DELIBRATE, MALICIOUS, "DEMONIC" INFLICTION OF FEAR; SEVERE EMOTIONAL, AND TRAUMATIC EMOTIONAL INJURY, INCLUDING PARANORMAL ACTIVITIES-

⑤ STALKING - CITY TO CITY; APARTMENT TO APARTMENT; MOTEL TO MOTEL; COUNTY TO COUNTY; HOMELESS SHELTER TO HOMELESS SHELTER; STATE TO STATE;

PLAINTIFF HOLDS THE "STATE OF GEORGIA", THE "DOJ-ATLANTA GEORGIA"; AGENT "MILLER", RN "KITTY"; "THE STATE OF TEXAS"; EXTREMELY RESPONSIBLE - ENABLING A MAD MAN.

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

COMPLAINT CONT:

THIS IS AN OBSESSION BEYOND HUMAN COMPREHENSION. THIS IS AN OBSESSION THAT GOES AS FAR BACK AS 2003-ORIGINATED IN COLORADO, INITIATED BY HEALTHONE/PSL, AND KAISER PERMANENTE COLORADO-BOTH LOCATED IN DENVER COLORADO.

PLAINTIFF HAS DONE EVERYTHING HUMANLY POSSIBLE TO GET AWAY FROM DR ROBERT SCHREINER, AND HIS FAMILY, BUT TO NO AVAIL.

PLAINTIFF IS LOOKING FORWARD TO FACING THESE UNKNOWN INDIVIDUALS IN THE COURT OF LAW TO FACE THE JUDGE AND JURY. PLAINTIFF IS EXTREMELY SURPRISED AND EXTREMELY "BAFFLED" AT THE DEADLY PURSUIT, AND OBSESSION. THIS MUST STOP!!!

DEMAND: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $800 MILLION AGAINST EACH INDIVIDUAL FOR A TOTAL OF $2.4 BILLION. PLAINTIFF ALSO RESPECTFULLY ASKS THE COURT TO COMPEL DEFENDANTS TO APPEAR FOR A JURY TRIAL: THIS NIGHTMARE MUST STOP!!!

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

LIST OF COMPANIES | JOBS APPLIED FOR:

① EMORY ADVENTIST HOSPITAL - SMYRNA GEORGIA - APPLIED AT LEAST THREE TIMES; 3949 S. COBB DRIVE, SMYRNA, GA 30080:

② ATLANTA MEDICAL CENTER 303 PARKWAY DRIVE, NE, ATLANTA GEORGIA 30312 - APPLIED AT LEAST TWICE;

③ KINDRED HOSPITAL - LONG TERM ACUTE HOSPITAL; 705 JUNIPER ST., ATLANTA, GA 30345: APPLIED AT LEAST TWICE;

④ V.A. HOSPITAL | MEDICAL CENTER, 755 COMMERCE DRIVE, DECATUR GEORGIA, 30030.

⑤ CLINICAL ONE STAFFING AGENCY - ATLANTA, GEORGIA:

⑥ PACES STAFFING AGENCY - ATLANTA, GEORGIA;

⑦ MEDICAL SOLUTION STAFFING AGENCY - ATLANTA, GEORGIA.

* POSTED RESUME ONLINE THROUGH INDEED | AJC:

(1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LIST OF COMPANIES cont:

(8) KELLY SERVICES STAFFING AGENCY -
ATLANTA, GEORGIA - APPLIED AT
LEAST FOUR TIMES-

(9) PRESTIGE STAFFING AGENCY -
ATLANTA GEORGIA

(10) COVENTRY HEALTHCARE | HMO -
1100 CIRCLE 75 PKWY, SUITE 1400 -
ATLANTA GA - 30339 - COBB COUNTY GA.
APPLIED AT LEAST THREE TIMES;

(11) HUMANA HEALTHCARE | HMO
ATLANTA GEORGIA ;

(12) AETNA HEALTHCARE | HMO
ALPHARETA, GEORGIA (BUCKHEAD)

(13) BLUE CROSS, BLUE SHIELD OF
GEORGIA | WELLPOINT - BUCKHEAD -
ATLANTA GEORGIA

(14) PEACH STATE - MEDICAID - ATLANTA
GEORGIA - PRE-AUTHORIZATION POSITION:

UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF COLORADO

LIST OF COMPANIES Cont:

(15) WELLSTAR HEALTHCARE - COBB
GENERAL - AUSTELL, GEORGIA -
APPLIED AT LEAST THREE TIMES;
3950 AUSTELL RD, AUSTELL, GA 30106;

(16) KENNESTONE WELLSTAR HOSPITAL -
677 CHURCH STREET, MARIETTA GA -
APPLIED AT LEAST THREE TIMES;

(17) WINDY HILL - WELLSTAR - LTAC
2540 WINDY HILL ROAD - MARIETTA GA
30067 - APPLIED TWICE;

(18) PIEDMONT HOSPITAL OF ATLANTA -
1968 PEACHTREE ROAD - ATLANTA GA
GEORGIA 30309: APPLIED TWICE;

(19) AMERIGROUP HEALTHCARE
303 PERIMETER CTR NORTH - SUITE 400,
ATLANTA, GEORGIA 30346: APPLIED TWICE;

(20) CENTENE HEALTHCARE;
HIGHLAND PKWY, SMYRNA GEORGIA
KPGA - SET UP FAKE INTERVIEW;

UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF COLORADO

LIST OF COMPANIES CONT:

21) FASTAFF- CASE MANAGEMENT TRAVEL AGENCY. APPLIED AT LEAST THREE TIMES;

22) CRAWFORD LUNG HOSPITAL - LTAC- ATLANTA GEORGIA - APPLIED TWICE;

23) GRADY MEMORIAL HOSPITAL- 80 JESSE HILL JR DRIVE- ATLANTA, GEORGIA 30303;

24) QUESPRO STAFFING AGENCY- DALLAS, TEXAS;

25) SELECT SPECIALTY HOSPITAL - LTAC- ATLANTA GEORGIA - C/O BRIDGET LUZIER- APPLIED TWICE;

26) AMEDYSIS HOMECARE AGENCY- ATLANTA | COBB COUNTY GEORGIA;

27) GEORGIA MEDICARE-MEDICAID FOUNDATION- ATLANTA, GEORGIA;

28) CDC - DECATUR GEORGIA (SCREENER)

29) LIBERTY MUTUAL INSURANCE- DISABILITY CM;

# UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF COLORADO

## HISTORY OF DEADLY PURSUIT:

## DEADLY OBSESSION AND STALKING

KAISER PERMANENTE ENTITIES HAS BEEN STALKING, OBESSING, HARASSING PLAINTIFF FOR OVER FOURTEEN YEARS.

THIS NIGHTMARE STARTED IN DENVER COLORADO IN 2003. PLAINTIFF MADE A DEADLY MISTAKE OF ENTERING INTO KAISER PERMANENTE COLO- RADO CORPORATE BUILDING FOR A TYPING TRIAL FOR POTENTIAL EMPLOYMENT, IN 2002/2003. PLAINTIFF'S LIFE HAS NEVER BEEN THE SAME-EVER. THE "PARANORMAL" ACTIVITIES STARTED IN 2003, AFTER PLAINTIFF'S TERMINATION FROM HEALTHONE/PRESBYTERIAN, ST. LUKES MEDICAL CENTER, DENVER, CO. PLAINTIFF TRAVELLED TO MARYLAND- SILVER SPRING, AND LAUREL-BUT WAS BLACK- BALLED; PLAINTIFF TRAVELLED TO NORTH CAROLINA-HAD A JOB OFFER FROM DUKE'S UNIVERSITY MEDICAL CENTER- BUT WAS BLACK-BALLED BY KAISER PERMANENTE. PLAINTIFF DICIDED TO MOVE TO ASHVILLE N. CAROLINA-WAS BLACK-BLALLED

I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEADLY OBSESSION CONT.

THEN PLAINTIFF MOVED BACK TO DENVER, CO.
THE PARANORMAL ACTIVITIES CONTINUED.
PLAINTIFF THEN DECIDED TO MOVE TO ATLANTA
GEORGIA IN 2004.

UN-BE-KNOWN TO PLAINTIFF KPGA HAD
PLAINTIFF'S HOME UNDER 24/7 UNLAWFULL
SURVEILLANCE, WHICH LED TO PLAINTIFF
BEING FRAMED AS THE MEDICARE FRAUD
WHISTLE-BLOWER IN 2005, AT SAINT
JOSEPH'S HOSPITAL OF ATLANTA GEORGIA.
PLAINTIFF WAS FRAUDULANTLY EMPLOYED BY
KAISER PERMANENTE GEORGIA, AFTER BLOCKING
TWO JOB OFFERS. PLAINTIFF PARTED WAYS
WITH KAISER PERMANENTE-TERMINATED
IN APRIL, 2012. THE BLACK-BALL INTENSIFIED.
PLAINTIFF TRAVELED TO DENVER COLORADO
IN NOV. 2012 FOR JOB SEARCH - BUT
DR ROBERT SCHREINER FOLLOWED, AND
BLACK-BALLED AT LEAST A DOZEN POTENTIAL
JOB OFFERS. PLAINTIFF MOVED BACK TO
GEORGIA - DR ROBERT SCHREINER FOLLOWED,
AND THE BLACK-BALLING CONTINUED. THE
ENTIRE STATE OF GEORGIA, ESPECIALLY THE
COBB COUNTY GEORGIA GOVERNMENT,
AND THE COBB COUNTY GEORGIA POLICE
DEPARTMENT MADE LIFE A LIVING HELL.

II

UNITED STATES DISTUCT COURT.

FOR THE DISTUCT OF COLORADO

DEADLY OBSESSION CONT.

PLAINTIFF MOVED TO HOUSTON TEXAS IN MARCH 2014 — DR ROBERT SCHREINER FOLLOWED.

PLAINTIFF MOVED TO DALLAS TEXAS IN MAY, 2014 — DR ROBERT SCHREINER FOLLOWED, AND SUBSEQUENTY JOINED BY SOME OF KAISER PERMANENTE EXECUTIVES — I.E. KIM KAISER, HENRY J. KAISER, AND KERRY KOHNEN, ETC, ETC, ETC.

KAISER PERMANENTE EXECUTIVES/ADMINISTRATION CONTINUED WITH SEXUAL ASSULT/RAPE OF UNKNOWN MEANS — VOODOO, WITCHCRAFT, BLACK MAGIC — INCOMPREHENSIBLE.

PLAINTIFF BECAME HOMELESS IN JUNE 2014 — FIRST AT DALLAS LIFE FOUNDATION HOMELESS SHELTER — DR ROBERT SCHREINER FOLLOWED — RAPE OCCURED. THEN THE PLAINTIFF MOVED TO AUSTIN STREET SHELTER — DR ROBERT SCHREINER FOLLOWED. PLAINTIFF MOVED TO SALVATION ARMY HOMELESS SHELTER ON SEPT. 13, 2014, DR ROBERT SCHREINER FOLLOWED. THEN PLAINTIFF MOVED TO CENTER OF HOPE HOMELESS SHELTER IN OCT. 2014, AGAIN DR ROBERT SCHREINER FOLLOWED

III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DEADLY OBSESSION CONT.

PLAINTIFF STARTED CIVIL SUITS AT THE TEXAS
DISTRICT COURT, AND THE U.S. DISTRICT
COURT, BUT THE DOJ/U.S. ATTORNEYS, THE
DISTRICT COURT CLERK-KAREN MITCHELL,
THE TEXAS STATE DISTRICT COURT CLERKS
GARY FITZSIMMONS, COURT ADMINISTRATOR,
AND FELICIA PITRE COLLUDED WITH KAISER
PERMANENTE EXECUTIVES TO OBSTRUCT, ABUSE
ASSULT, AND HAVE PLAINTIFF'S CASES DISMISSED.
AFTER TWO YEARS OF NIGHTMARE, PLAINTIFF
MOVED BACK TO DENVER COLORADO, AGAIN
DR ROBERT SCHREINER RESIGNED FROM
HIS JOB AT HURON CONSULTING GROUP,
AND FOLLOWED INCLUDING- KIM KAISER,
AND THE REST OF THE EXECUTIVES- PLAINTIFF
MOVED BACK TO HOUSTON TX, DR ROBERT
SCHREINER FOLLOWED. PLAINTIFF MOVED TO
AUSTIN TX- DR ROBERT SCHREINER FOLLOWED.
PLAINTIFF MOVED BACK TO HOUSTON TX, AGAIN
DR ROBERT SCHREINER FOLLOWED, AGAIN PLAINTIFF
LEFT HOUSTON TX-MOVED TO WASHINGTON DC,
DR ROBERT SCHREINER FOLLOWED. PLAINTIFF
CAME BACK TO DALLAS TX- DR ROBERT SCHREINER
AND KIM KAISER/EXECUTIVES FOLLOWED.

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF TEXAS - DALLAS:

THESE ARE THE EX-EMPLOYEES OF

SAINT JOSEPH'S HOSPITAL OF ATLANTA GA

WHOSE LIVES ARE IN GRAVE DANGER

FROM DR ROB SCARFINER; KPCGA; TSPMG

HENRIETTA KING; ST. JOSEPH'S HOSPITAL:

① DR CARSON OF RESURGENS

ORTHOPEDIC SURGERY - RUMOR WAS

THAT HE MOVED TO VIRGINIA STATE:

② DR ALVAREZ - EMERGENCY ROOM

PHYSICIAN AT ST. JOSEPH'S HOSPITAL

OF ATLANTA GA - HIS DEPARTURE WAS

VERY SUDDEN AND ABRUPT:

③ STEPHANIE MORRISH - DIRECTOR OF THE

CM/SOCIAL SERVICES DEPT. AT GRADY

MEMORIAL HOSPITAL - ATLANTA GEORGIA:

④ DR MEGHRY - HOSPITALIST AT ST.

JOSEPH'S HOSPITAL OF ATLANTA GEORGIA -

LEFT ST. JOSEPH'S HOSPITAL FOR

SOUTHWEST MEDICAL CENTER IN

ATLANTA, GEORGIA.

I

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF CASES AGAINST KP DISPOSED BY
THE STATE, AND FEDERAL COURTS IN TEXAS:
CIVIL SUITS IN THE TEXAS DISTRICT COURT -

1. DC-14-10058 → $350 ⊕ COPIES - $100
2. DC-14-10309 → $569 ⊕ COPIES - $200
3. DC-14-12351 → $350 ⊕ COPIES - $100
4. DC-14-13H82 → $350 ⊕ COPIES - $100
5. DC-16-00H96 → $1211 ⊕ COPIES - $300
6. DC-14-10986 → $350 ⊕ COPIES - $300

CIVIL SUITS AT THE U.S. DISTRICT COURTS
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

1. 3:14-CV-0325- $400 ⊕ COPIES - $100
2. 3:14-CV-03636- $400 ⊕ SERVICE|COPIES
3. 3:14-CV-03817- $400 ⊕ SERVICE|COPIES
4. 3:15-CV-0120- $400 ⊕ SERVICE|COPIES
5. 3:15-CV-0324- $400 ⊕ SERVICE|COPIES
6. 3:15-CV-0325- $400 → REFUNDED
7. 3:15-CV-00H33- IFP DENIED.
8. 3:15-CV-004'35- IFP DENIED.
9. 3:15-CV-00H36- IFP DENIED.
10. 3:15-CV-1857 → 18H7 ***
11. 3:15-CV-1855 → $400 ⊕ SERVICE|COPIES
12. 3:15-CV-188H → 18H7 ***
13. 3:15-CV-18H7 - FRAUD.

I

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF CIVIL SUITS CONT:

(14) 3:16-CV-1153 ; IFP DENIED.

(15) 3:16-CV-1160 ; IFP DENIED.

(16) 3:16-CV-1161 — IFP DENIED.

(17) 3:16-CV-1162 — IFP DENIED.

** 3:14-CV-03629 — FRAUD:

** 3:14-CV-4481 — FRAUD:

FORT WORTH — TARRANT COUNTY:

① 4:15-CV-0986 — $400 ₱ COPIES.

② 4:15-CV-0992 — $400 ₱ SERVICE | COPIES.

③ 4:16-CV-0219 — $400 ₱ SERVICE | COPIES

U.S. DISTRICT COURT — WESTERN DISTRICT OF TX:

① 1:16-CV-1226 — IFP DENIED)

U.S. DISTRICT COURT — SOUTHERN DISTRICT HOUSTON TX.

① 4:16-CV-03724 — THIS CASE WAS

FRAUDULANTLY TRANSFERED TO THE

NORTHERN DISTRICT — DALLAS DIVISION

COST OF COURT — $400 ₱ $400 SERVICE | COPIES

CURRENTL THIS CASE NO: 3:16-CV-03546.

KAISER PERMANENTE CONTINUED TO

COLLUDE WITH THE JUSTICE DEPARTMENT

TO DISMISS | DISPOSE OF PLANTIFF'S CASES.

11

UNITED STATES DISTRICT COURT.

FOR THE DISTRICT OF COLORADO

LIST OF CASES FILED AT THE U.S.

DISTRICT COURT - DISTRICT OF COLUMBIA.

1. 1:17-CV-00504-$400 ⊕ $500-SERVICE
2. 1:17-CV-00927-$400 ⊕ $400-SERVICE|COPIES
3. 1:17-CV-01005-$400 ⊕ $500-SERVICE|COPIES
4. 1:17-CV-01547-$400 ⊕ $500-SERVICE|COPIES

UNITED STATES COURT OF APPEALS:

FOR THE DISTRICT OF COLUMBIA:

1. NO: 17-5162 - $505:

TO APPEAL CASE NO: 1:17-CV-00504.

IT IS SUCH A SHAME—THE DEPARTMENT OF
JUSTICE COLLUDED WITH KAISER PERMANENTE
EXECUTIVES|ADMINISTRATION TO INFLICT TERROR
AGAINST THE PLAINTIFF—A REGISTERED NURSE—
CASE MANAGER - PRO SE. PLAINTIFF DID
EVERYTHING HUMANLY POSSIBLE TO RETAIN
A LAW FIRM|ATTORNEYS - BUT KAISER
PERMANENTE EXECUTIVES|ADMINISTRATION,
AND HURON CONSULTING GROUP MADE IT
IMPOSSIBLE. PLAINTIFF— "I WILL CONTINUE TO
FIGHT THE DOJ TILL THE DAY I TAKE MY LAST BREATH!"

111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS- DALLAS.

FORCED HOMELESSNESS BY KAISER PERMANENTE

INSPITE OF MOVING AWAY FROM THE
STATE OF GEORGIA, DUE TO MISTAKEN
IDENTITY AS THE 2005 MEDICARE
WHITLE-BLOWER AT ST. JOSEPH'S HOSPITAL
OF ATLANTA GEORGIA, AND DUE TO THE
HATE OF THE STATE OF GEORGIA, AND
COBB COUNTY GEORGIA. THE RELENTLESS
DEADLY PURSUIT BY KAISER PERMANENTE
CONTINUED. PLAINTIFF RELOCATED TO THE
STATE OF TEXAS, BECAUSE KAISER
PERMANENTE HAS NO REGISTERED AGENT
IN TEXAS, BUT THAT DID NOT MAKE ANY
DIFFERENCE TO KAISER PERMANENTE
EXECUTIVES- THEY FOLLOWED. EVEN
AFTER PLAINTIFF BECAME HOMELESS,
THAT DID NOT MAKE ANY DIFFERENCE
TO KAISER PERMANENTE EXECUTIVES-
DR ROBERT SCHREINER FOLLOWED PLAINTIFF
TO DALLAS LIFE FOUNDATION HOMELESS
SHELTER WITH A FAKE I.D.; THIS MAD
MAN DR ROBERT SCHREINER ALSO
FOLLOWED PLAINTIFF TO THE AUSTIN
STREET HOMELESS SHELTER, AFTER
WHICH KAISER FAMILY JOINED HIM.

I

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF TEXAS - DALLAS.

CONT? KIM KAISER OF KAISER
FAMILY FOUNDATION, AND HIS FATHER
HENRY J. KAISER ALSO FOLLOWED,
INCLUDING SEVERAL OTHER EXECUTIVES.
PLAINTIFF WAS FOLLOWED TO THE
BELLEVIEW APARTMENT BUILDING WHERE
THEY UNLEASHED THE WORST TERRORISTIC
ACTS - SUPPORTED BY THE BARAK OBAMA
JUSTICE DEPARTMENT, AND THE
DALLAS FIRE DEPARTMENT, AND
FIRE RESCUE EMT'S, CITY OF DALLAS.
PLAINTIFF HAS BEEN UNABLE TO RETURN
TO WORK DUE TO THE "DEMONIC", AND
"PARANORMAL", AND "DEVILISH"-"VOODO-ISH"
ACTS. PLAINTIFF IS EXTREMELY, AND
AMAZINGLY SURPRISED THAT THE
SAME KAISER PERMANENTE EXECUTIVES
FOLLOWED PLAINTIFF BACK TO DALLAS
FROM WASHINGTON D C IN OCTOBER
2017, AND THE TERRORISTIC ACTS STILL
CONTINUES, SUPPORTED BY THE CITY OF DALLAS.
PLAINTIFF RESPECTFULLY ASKS THE
COURT TO COMPEL KAISER PERMANENTE
EXECUTIVES, AND THEIR CO-CONSPIRATORS,
AND ACCOMPLICES TO APPEAR FOR A
JURY TRIAL!!!  SEE EXHIBIT: HSD.



# DALLAS LIFE

### NEW LIFE FOR THE HOMELESS

## Verification of Dallas LIFE Work Program
## And
## Letter of Residency

Dallas LIFE, the largest homeless shelter in North Texas is a working residential program. Every guests staying with us works at specific jobs daily as part of the expectations placed upon them. Dallas LIFE reserves the right to evict anyone who refuses to take part in such work duties. These jobs vary depending upon which of our programs the resident engages with. These jobs are monitored, notated and evaluated by program directors and various staff.

The request for food stamps, outside assistance or any other governmental aid requested of any resident staying at Dallas LIFE should have this letter attached. The person named below is the person currently engaged with Dallas LIFE and possession of this letter proves that he or she has stayed at Dallas LIFE no less than one night. The staff member whose signature appears at the bottom of this letter verifies that his information is true and accurate and the dates the resident has stayed with us are also listed.

Sincerely,

Robert Sweeney
Executive Director

_Rose Pury_          has resided at Dallas LIFE
Resident(s)

From _6·17·14_ to _7·23·14_      _(signature)_
                            Dallas LIFE Employee

State of Texas, County of _____

This instrument was acknowledged before me on _____ day of _____ in the year of _____ by

_____ .

_____
Notary Public's Signature                          (Personalized Seal)

**1100 Cadiz St. Dallas, TX. 75215**      Phone: (214) 421-1380      Fax: (214) 462-0116      www.dallaslife.org

# Welcome to Dallas Life

➢ New Clients who have never been here before are given 5 nights free. You must use these free nights consecutively (no skipping) or you will lose your remaining nights.

➢ Your bed ticket must be renewed every day between 3:00 pm and 6:00pm at the intake window.

➢ Your bed ticket must be worn on the upper **left side** of your chest at all times.

➢ On the fifth day after 8:00am chapel see a New Life Program Director about joining the New Life Program. (Mr. Booker or Mrs. Johnson) If you choose not to join the New Life Program you must pay ten dollars ($10.00) per night to stay.

➢ There will be a video about the rules and guidelines every night. On Chapel nights it will be shown after Chapel. On nights when there is no Chapel it will be shown at 6:00pm. You must watch this video as long as you have a purple/New Client ticket.

➢ Please sign the bed roster located just outside the stairwell across from the Dining Hall. **The bed roster must be signed every night.** At 9:00pm the bed roster will be moved to the Security Desk.

➢ You must be on property before 6:00pm, unless you have a pass or work slip. Please make sure to turn your pass or work slip into the security desk to be stamped and initialed. You must then place it in the white box located on the wall beside the security desk.

➢ You may have no more than two suitcases, bags or boxes weighing no more than 50 pounds each.



## Austin Street Center

*Letter of Residency*

BOARD OF TRUSTEES

Nancy K. Best
Chairman

Dennis J. Grindinger
President

Kenneth Z. Altshuler, M.D.
Vice President

Nell O. Beck
Vice President

Megan D. Burkhart
Vice President

Julie P. Forrester
Vice President

Nancy Ann Hunt
Vice President

Nicholas R. Jarke
Vice President

Carolyn L. Miller
Vice President

Gail O. Turner
Vice President

Harry M. Roberts, Jr.
Secretary

Frank Mihalopoulos
Treasurer

Jan Edgar Langbein
Chief Executive Officer

Daniel Roby
Executive Director

**Last Name:** ___Rose___

**First Name:** ___Duru___

**Date of Birth:** ___6/1/1960___

**SSN:** ___xxx-xxx-9881___

**1st Stay at ASC: 7/23/2014**

**Last Day of Stay:** ___9/12/2014___

*(Client may or may not have been here daily during the period listed above.)*

**Verification Needed For:** ___Residency___

**Verification Needed For:** _CIVIL SUIT._

**Agency Specific:** _U.S. DISTRICT COURT_

**Agency Specific:** _DISTRICT OF COLORADO_

**Today's Date:** ___12/08/2015___

**Monica McGee / Case Manager (214) 428-4242 Ext. 7924**

# AUSTIN STREET CENTER RULES AND REGULATIONS

These are not intended to be all-inclusive. Further detail can be found in Policy and Procedures Book. Areas not addressed will be handled by Executive Director, Security Manager, Client Service Manager or Operations Manager. Austin Street Center reserves the right to refuse service to anyone.

1. Austin Street Center is designed to be an Emergency Overnight Shelter and for short-term needs. The Shelter is a first come first serve intake until maximum occupancy is met.

2. Check-in times are as follows: Women - 2:00pm M-F 11:00am Sat-Sun and Men - 4:00pm. Line-up out-front 30-minutes prior to intake in pre-designated groups. On days of harsh inclement weather an earlier intake time may occur upon approval by Management. Out-processing time is 6:00am.

3. All Clients are require to show a valid State or Federal issued identification which has photo and date of birth on it during time of check-in.

4. All clients are only permitted to have on property two (2) bags, each weighing no more than 50lbs. All bags must be labeled with Clients Name and stored in designated area. Only one (1) small purse or back-pack may be used for caring personal identity, valuables, medication are allowed to accompany client.

5. All Bags are to be checked into baggage room no later than 6:00am each morning.

6. All Bags and personal property must be collected from baggage room no later than 11:00pm each night. Bags will be discarded if not claimed. Client must be present and have baggage claim ticket or ID to retrieve bag.

7. Bags and personal items can only be placed on HOLD by Management approval.

8. Shelter is not responsible for any items damaged, lost or stolen.

9. New Clients will receive a one-time set of: blankets (2), black bags, clothing, underwear and hygiene if need. All items given are the property of the client to keep and care for.

10. Management Office hours are Mon.-Fri. 9:00am to 6:00pm.
    Client Services hours are Mon.-Thur. 10:00am to 8:00pm, Fri. 10:00am to 4:00pm, and Sat. 10:00am to 2:00pm. All Clients must sign up at the Front Desk to see a Case Manager.

11. Mail will be distributed daily. Only Management can make exceptions

12. All prescription medication must be clearly labeled and identifiable as well as in possession of owner. (No mixed pills or blank containers). Client must be able to self medicate and maintain prescribed medicating regiment. Austin St. will not hold, maintain, receive, sign or except delivered prescriptions.

13. Proper and appropriate clothing attire is required to be worn at all times. Hats, bandanas, du-rag and hoodies are off while in the building. No exposed underwear, chest or bottoms. No pajamas, short-shorts, see threw, profanity, racial, offensive style clothing. No cut-offs, tang-tops, or sleeveless shirts. Sole shoes or slippers will be worn at all times when away from cot/mat (bed). Cloths worn in shelter will be clean with no offensive odor.

14. All Clients will shower before 10:00pm or when requested by Staff.

15. No physical, verbal harassment or inappropriate behavior of any kind toward other Clients, Staff or Volunteer. No steeling or damaging property. No arguing, un-wanted contact, disruptive behavior or creating disturbances. No profanity, racial slurs, negative sexual or religious comments.

16. No Visitors unless approved by Management or Staff. Client privacy will be respected and validation if in the building or has stayed at Austin St. will not be given on phone or in-person. Messages may be left on message-board for Client to receive.

17. No smoking anywhere in the building or fifty feet from a building. Smoking on property is only allowed at designated smoking area in back courtyard. Smoke breaks are given by Staff as a privilege while in the Shelter during the set times throughout the day.

18. No touching or changing TV channel or volume. TV is given as a privilege and only Staff can touch and make changes. TV volume will be turned off during meal prayer and announcements by Management.

19. No sitting or laying on cots without sheet over it. Two or more people may not sit on the same cot. No shoes or slippers on cots. All personal items must fit and be stored under cot and at no time hindrance walk ways or neighboring client.

20. Clients in HOLD will keep all bags in baggage room and wait by TV area until food is served or cot assigned.

21. No loitering by front desk, Offices, Shower, Clothing Room or Visitor Bathroom.

22. During intake the Front Desk is Closed for Service.

23. No vending machine use during intake.

24. No admittance after 10:00pm unless authorized by Management. Once checked-in, no leaving or going outside unless approved by Management.

25. No fraternization between Men and Women (kissing, touching or conversation). No men allowed in women's area and No women allowed in men's area. No loitering between sections.

26. No parking on property. No leaving vehicle un-attended, loitering or waiting out front of Shelter.

27. No leaving bags or property by entrance.

28. Reading out loud, talking on phone or holding a conversation above normal tone or level which disrupts surrounding neighbors. 10:00pm is lights-out and quiet time and 04:30am is lights-on wake-up.

29. All donation are property of Shelter. No pilfering, making-claim, setting aside, looking through, touching or taking any item. Only Management may give approval of a Client receiving any item donated.

30. All Clients must fill-out in-processing paperwork, be fingerprinted, photographed and agree to follow Shelter policy and rules.

31. All entering Clients will undergo pat-down and search their belongings.

32. Only Management may approve the holding or reserving cots/mats.

33. No disrespect or un-appropriate behavior (verbal or physical) near, in front of, or around Volunteers.


\* Lack of cooperation and/or compliance to any of these rules could lead to Temporary or Permanent Barring from property and if deemed by Management full charges and prosecution may be applied.


**Qualifications to come in to Austin Street Center:** Have a valid State or Federal ID. No registered Sex Offenders, Men must be 45 and older, Women must be 18 and older, No outside Food or Drinks allowed to be brought into Shelter, No Drugs, Paraphernalia or Alcohol. No weapons, tool or item deemed dangerous or can be used as a weapon. Must not be intoxicated or under illegal substance. Must be able to self care, medicate, feed, bathe, and communicate without assistance. No fugitives or wanted felons. Must agree and follow and comply with Management and Staffs request, directions, rules and policy.

Revised: 05-01-2014

**The Salvation Army**
**Carr P. Collins Social Service Center**
5302 Harry Hines Blvd
Dallas, Texas 75235

**Mailing Address**
4848 Lemmon Ave
#523
Dallas, Texas 75219



DOING THE
MOST GOOD

## Agency Referral/Homeless Certification Letter

| Referral To: | | Purpose |
|---|---|---|
| Organization | US District Court | |
| Address | | |
| City, State, Zip | Dallas, TX | |
| Phone Number | | |
| Referral Date | 7-8-14 | Services |

**Homeless Certification**

I certify that _Dura Rose_ (Client Name) is homeless and residing at The Salvation Army's Women Shelter Care Program. This individual has stayed at The Salvation Army for the following periods of time:

1) between _9_/_13_/_14_ and _10_/_14_/_14_

2) between ____/____/____ and ____/____/____

3) between ____/____/____ and ____/____/____

Before coming to this facility, this individual resided _Austin Street_ _Shelter_

| Consent to Release/Request Information | Consent Signed/Expires |
|---|---|

By signing this form, I am allowing the Salvation Army to contact the agency to which I am being referred to confirm if I received services and the type of service(s) provided/offered.

| Client Signature | Rose Duru | Date Signed | 7-8-2015 |
|---|---|---|---|
| Print Name | ROSE DURU | Consent Expires | 7-8-2016 |
| Helen Colbert | | Helen M Colbert | 7/8/15 |
| Staff Name | | Staff Signature | Date |
| Case Aide | | 214-424-7112 | |
| Title | | Phone Number | |

I understand that any information about me provided to The Salvation Army is protected under the Federal Confidentiality Regulations as well as Health and Safety Code Section 199.21(G) and cannot be disclosed for any reason without my written consent. I authorize staff and/or volunteers of the agency listed above to release/receive information through the mail, telephone, fax or email. This consent may be revoked at any time, but the revocation will not affect any action that has already been taken in accordance with this consent.



Union Gospel Mission's

# Center of Hope

Women and Children's Shelter

*Reaching the last, the least, and the lost*

Date:
10/20/2014

To Whom It May Concern:

I am writing to confirm that Rose Duru is a resident here at Center of Hope Women & Children's Shelter. Because of hardship, limited resources, and homelessness the individual had sought shelter here. Please extend any courtesy regarding social services to Rose Duru. Her initial date here was 10/14/2014. She is offered a 90 day stay.

If you have any questions, please feel to contact us.

Sincerely,

Shamara Marshall, LPC
Chaplain
Center of Hope

4815 Cass Street Dallas, Texas 75235 Phone (214)638-2988 Fax (214)637-2790

# Riverpoint

## Policy Sheet

The purpose of the shelter is to provide a safe, comfortable place for ladies while assisting them in the process of rebuilding their lives on a solid foundation that can never be shaken. Our view of each person is that they are a precious creative work of God who alone gives purpose and meaning to life.

During your stay with us, you are required to follow these policies. In doing so, we believe this facility will remain a clean and safe place for all women seeking shelter with us. In advance, we would like to thank you for your cooperation.

****All units have at least three flights of stairs and each unit has anywhere from 4 to 10 women in one unit.  The bedrooms are made up of bunk beds and it is NOT a guarantee you will get a bottom bunk.  If you need a bottom bunk you must specify you reason and you may be required to provide documentation.****

---

### Services Offered

**For Emergency Shelter clients**

- Up to 90 day stay
- Meals supplemented
- Clothing (if needed)
- Daily Chapel Service
- Learning Center/GED Prep.
- Laundry facility

**For Discipleship Program clients**

- All services for emergency clients
  ### PLUS...
- Weekly case management
- Daily Bible study
- Life Skills classes
- On-site transitional housing

Other requests need to be made *in writing* to your primary Chaplain at least 24 hours in advance.

---

## POLICIES FOR ALL RESIDENTS

1. **All 90 Day Clients not working or attending school** must seek employment M-F.  You must turn in at least 5 job searches a week.   Failure to seek employment may result in termination.
2. **Daily Chores.** Each woman will be given a daily chore for which she is responsible.
3. **Smoke Free Facility.** Riverpoint is a smoke free facility. Smoking is strictly prohibited inside apartment unit and balcony.  This will result in immediate termination and you will be barred from future shelter.  A designated area in the parking lot is available.
4. **Drugs and alcohol** are NOT permitted at Riverpoint. This will result in immediate termination and you will be barred from future shelter.
5. **Automobiles.** You may park your vehicle on Riverpoint property, provided you prove that it is legally registered in your name.
6. **Chapel.** Everyone is expected to attend chapel each night.
7. **Church Services.** Riverpoint will provide a church service each Sunday morning from 11:00am to 12:00pm (noon).  If you do not attend church service, you must leave the property by 10:00am and you may not return until 5:00pm.
8. **Curfew.** All residents are required to be in the apartment by 6:30pm.  Unless you work or go to school, in which case you would need to provide proper documentation of your schedule on letter head within 48 hours.
9. **Medication.** If you have any mental health history you **MUST** be taking your medication as prescribed for a minimum of two weeks at the time of intake.  If for some reason you no longer need the medication you will be required to provide written documentation from your doctor stating that you have been taken off the medication.

# Riverpoint

## Policy Sheet

**10. Dress.** You are to be modestly dressed and neatly dressed when you leave your room.

**11. Behavior.** No profanity, fighting, threats, immorality, intimidation and/or harassment or open and aggressive behavior will be tolerated.

**12. Visitors** Riverpoint does not offer visitation.

**13. Mail** we will not receive mail for clients.

**14. Cell Phones** you may have your cell phones, but be respectful of your tone. All phones must be off by 9:00pm.

**15. No Loitering.** You are not to hang out on the property of or in the vicinity of River Pointe. This means you are not to return to River Pointe or the surrounding area until the designated time 5:00pm.

**16. Theft** any theft will result in immediate termination and you will be put on our NO Return list.

**17. Respect of property.** Clients should respect all of River Pointe property, treating their unit, rooms, hall with respect and care.

**18. Signing in/out.** All clients must sign out with security when they leave and sign in with security when they return (if it is after 6:30pm). Monday-Friday sign in/out in your unit. Saturday and Sunday sign in at Unit 2001 before going to unit.

**19. Personal Belongings.** All belongings will be checked upon entry to the River Pointe.

**20. Initial Chaplain and Counseling Appointments.** You will need to see your Chaplain for intake and your Counselor at your assigned times indicated below. Failure to keep your appointments may result in the termination of your stay at River Pointe.

**21. Belongings Not Allowed in River Pointe:**

| | | | |
|---|---|---|---|
| Animals | Candles | Weapons | Drugs |
| Obscene Literature | Nail polish remover | | Nail polish |
| Straight Razors | Sharp Items | Mace | |
| Box cutters | Incense | | Electronic Devices |

| **Initial Chaplain Appointment** | **Initial Counseling Appointment** |
|---|---|
| _Shamara_ | _Shamara_ |
| Chaplain's Name | Counselor's Name |
| 10/17/14    1:30 pm | 10/22/14    3 pm |
| Date         Time | Date         Time |

**PLEASE REMEMBER, WE WANT TO HELP YOU AND ARE GLAD YOU ARE HERE. THESE RULES ARE MADE FOR YOUR BENEFIT.**

Your signature indicates that you will abide by the above rules.

| _Rose Dunn_ | _Robby_ |
|---|---|
| Signature of Resident | Signature of Staff |
| 10/14/14 | 10/14/14 |
| Date | Date |

**\*\*\*\*We are not responsible for any damage or stolen property\*\*\*\*\***

Revised 4/23/2013

2